IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PALM HARBOR HOMES, INC., et al.,[1] ) | Case No. 10-13850 (CSS) |
| ) | |
| Debtors. ) | Joint Administration Pending |
| ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 1, 2010 AT 11:30 A.M. (ET)[2]

### A. Voluntary Petitions

1. Palm Harbor Albemarle, LLC

2. Palm Harbor Homes, Inc.

3. Palm Harbor Real Estate, LLC

4. Palm Harbor GenPar, LLC

5. Palm Harbor Manufacturing, LP

6. Nationwide Homes, Inc.

### B. First Day Declaration

7. Declaration of Brian E. Cejka in Support of Chapter 11 Petitions and First Day Pleadings [Filed 11/29/10; Docket No. 3].

### C. First Day Pleadings

8. Motion for Entry of an Order Authorizing Joint Administration of the Debtors' Related Chapter 11 Cases [Filed 11/29/10; Docket No. 2].

**Status:** This matter will go forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15303 Dallas Parkway, Suite 800, Addison, Texas 75001.

[2] The hearing will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

9. Application for Entry of an Order Authorizing the Debtors to Retain and Employ BMC Group, Inc. as Claims, Noticing, and Balloting Agent as of the Petition Date [Filed 11/29/10; Docket No. 4].

**Status:** This matter will go forward.

10. Debtors' Motion for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures for Transfers of Common Stock [Filed 11/29/10; Docket No. 5].

**Status:** This matter will go forward.

11. Motion for Entry of an Order (I) Authorizing Payment of Wages and Employee Benefits; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Claims Under the Workers' Compensation Programs; and (III) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Filed 11/29/10; Docket No. 6].

**Status:** This matter will go forward.

12. Motion for Entry of an Order Authorizing Debtors to (I) Honor Prepetition Obligations Pursuant to Their Customer Programs; (II) Honor Prepetition Obligations Pursuant to Their Incentive Programs; and (III) Continue the Same in the Ordinary Course of Business [Filed 11/29/10; Docket No. 7].

**Status:** This matter will go forward.

13. Motion for Entry of an Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Use of Existing Business Forms; (III) Authorizing Use of Cash Management System; (IV) Waiving the Requirements of 11 U.S.C. § 345(B) on an Interim Basis with Respect to the Debtors' Deposit Practices; and (V) Authorizing the Continuation of, and Granting Superpriority Status to, Certain Intercompany Claims [Filed 11/29/10; Docket No. 8].

**Status:** This matter will go forward.

14. Motion for Entry of an Order (I) Authorizing the Debtors to Continue Prepetition Insurance Coverage Policies and Practices; (II) Continuing Bond Coverage; and (III) Directing Banks to Honor All Payments Related Thereto [Filed 11/29/10; Docket No. 9].

**Status:** This matter will go forward.

15. Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Sales, Use, Income, Property and Other Taxes and Governmental Charges; (II) Authorizing the Debtors to Pay Prepetition Fees; and (III) Directing the Banks and Financial Institutions to Honor and Process the Payment of Such Amounts [Filed 11/29/10; Docket No. 10].

**Status:** This matter will go forward.

16. Motion for Entry of an Interim and a Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment [Filed 11/29/10; Docket No. 11].

**Status:** This matter will go forward.

17. Motion for Entry of an Order Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Warehousemen [Filed 11/29/10; Docket No. 12].

**Status:** This matter will go forward.

18. Motion for an Order Authorizing Payment in the Ordinary Course of Business of (I) Section 503(b)(9) Claims; and (II) Certain Obligations for the Postpetition Delivery of Goods and Services [Filed 11/29/10; Docket No. 14].

**Status:** This matter will go forward.

19. Motion for Entry of an Order Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors [Filed 11/29/10; Docket No. 15].

**Status:** This matter will go forward.

20. Motion for Entry of an Interim Order: (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Granting Liens and Superpriority Claims; and (III) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Final Basis [Filed 11/29/10; Docket No. 16].

**Status:** This matter will go forward.

21. Motion for Order Modifying the Reporting Requirements of Bankruptcy Rule 2015.3(a) [Filed 11/29/10; Docket No. 17].

**Status:** This matter will go forward.

22. Motion for Entry of an Order Extending Time for Debtors to File Their Schedules and Statements of Financial Affairs [Filed 11/29/10; Docket No. 18].

**Status:** This matter will go forward.

## D. Matters Not Going Forward and Going Out On Notice

23. Motion for Entry of an Order Providing that any Creditors' Committee Appointed in these Cases is Not Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Filed 11/29/10; Docket No. 19].

**Status:** This matter will be sent out on notice and will not go forward.

24. Application for Entry of an Order Authorizing Retention and Employment of Raymond James & Associates, Inc. as Investment Banker to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 11/29/10; Docket No. 20].

**Status:** This matter will be sent out on notice and will not go forward.

25. Motion for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by Debtors in the Ordinary Course of Business [Filed 11/29/10; Docket No. 21].

**Status:** This matter will be sent out on notice and will not go forward.

26. Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Filed 11/29/10; Docket No. 22].

**Status:** This matter will be sent out on notice and will not go forward.

27. Application for Entry of an Order Authorizing Employment and Retention of Locke Lord Bissell & Liddell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 11/29/10; Docket No. 23].

**Status:** This matter will be sent out on notice and will not go forward.

28. Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Polsinelli Shughart PC as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 11/29/10; Docket No. 24].

**Status:** This matter will be sent out on notice and will not go forward.

29. Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures; (B) Approving a Break-Up Fee and Expense Reimbursement; (C) Approving the Stalking Horse Purchaser's Right to Credit Bid; (D) Approving the Form and Manner of Notices; (E) Approving the Procedures for the Assumption and Assignment of Contracts and Leases; and (F) Setting a Sale Hearing; and (II) an Order Pursuant to 11 U.S.C. § 363 and 365 (A) Authorizing and Approving Asset Purchase Agreement by and among the Debtors, as Sellers, and Palm Harbor Homes, Inc., a Delaware Corporation, as Purchaser, or Such Other Purchase Agreement(s) Between the Debtors and the Successful Bidder, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing and

1905601.1

Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (C) Granting Related Relief [Filed 11/29/10; Docket No. 25].

**Status:** This matter will be sent out on notice and will not go forward.

Dated: Wilmington, Delaware
November 30, 2010

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt (Pro Hac Vice Motion Pending)
Aaron C. Smith (Pro Hac Vice Motion Pending)
Courtney E. Barr (Pro Hac Vice Motion Pending)
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

PROPOSED COUNSEL FOR THE DEBTORS

1905601.1