ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. __-___6634 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR ALBEMARLE, LLC, | ) | Case No. 10-13849 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. __-___1014 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONWIDE HOMES, INC., | ) | Case No. 10-13854 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. __-___4881 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR REAL ESTATE, LLC, | ) | Case No. 10-13851 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. __-___8234 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR GENPAR, LLC, | ) | Case No. 10-13852 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. __-___0198 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR MANUFACTURING, LP, | ) | Case No. 10-13853 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. __-___0199 |
| | ) | |
| | ) | **RE: Docket No. 2** |

1905549.2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4.     This caption shall be deemed to satisfy any applicable requirements of

Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

5.     All pleadings and other documents to be filed in the jointly administered cases

shall be filed and docketed in the case of Palm Harbor Homes, Inc.

6.     A docket entry shall be made in each of the Debtors' chapter 11 cases

substantially as follows:

> An Order has been entered in this case directing the joint administration of the chapter 11 cases of Palm Harbor Homes, Inc., Palm Harbor Albemarle, LLC, Nationwide Homes, Inc., Palm Harbor Real Estate, LLC, Palm Harbor GenPar, LLC, and Palm Harbor Manufacturing, LP.

> The docket in Case No. 10-13850 (CSS) should be consulted for all matters affecting this case.

7.     This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____12/1_____, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15303 Dallas Parkway, Suite 800, Addison, Texas 75001.

## ORDER AUTHORIZING JOINT ADMINISTRATION OF THE
## DEBTORS' RELATED CHAPTER 11 CASES

Upon the Debtors'[1] Motion for Entry of an Order Authorizing Joint Administration of the

Debtors' Related Chapter 11 Cases; and upon consideration of the Cejka Declaration;[2] and the

Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and

(c) notice of the Motion was due and proper under the circumstances; and it appearing that the

relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and

other parties in interest; and after due deliberation, and good and sufficient cause appearing

therefore, it is HEREBY ORDERED THAT: *as set forth herein*

1.     The Motion is granted.

2.     The above-captioned cases shall be administered jointly under Case No. 10-13850

(CSS) for procedural purposes only, in accordance with the provisions of Bankruptcy Rule 1015

and Local Bankruptcy Rule 1015-1.

3.     The caption of pleadings and other documents filed in the jointly administered

cases shall read as follows:

---

[1] The location of the Debtors' corporate headquarters and service address is: 15303 Dallas Parkway, Suite 800, Addison, Texas 75001.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Motion.