IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: December 14, 2010 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: December 22, 2010 at 3:00 p.m. (ET)** |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on November 29, 2010, the above-captioned debtors and

debtors in possession (the "**Debtors**") filed the *Motion for Entry of an Order Providing that any*

*Creditors' Committee Appointed in these Cases is Not Required to Provide Access to*

*Confidential Information of the Debtors or to Privileged Information* [Docket No. 19] (the

"**Motion**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order

approving the Motion must be filed on or before **December 14, 2010 at 4:00 p.m. (ET)** (the

"**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware,

824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of

the objection upon the following parties so as to be received on or before the Objection Deadline:

(a) **Locke, Lord, Bissell & Liddell LLP**, 111 South Wacker Drive, Chicago, Illinois 60606

(Attn: David W. Wirt, Esq. and Aaron C. Smith, Esq.), and (b) **Polsinelli Shughart PC**, 222

Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn: Christopher A. Ward,

Esq.), proposed counsel to the Debtors. Only those objections made in writing and timely filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15303 Dallas Parkway, Suite 800, Addison, Texas 75001.

in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 22, 2010 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.

Dated: Wilmington, Delaware
December 2, 2010

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt (Pro Hac Vice Motion Pending)
Aaron C. Smith (Pro Hac Vice Motion Pending)
Courtney E. Barr (Pro Hac Vice Motion Pending)
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

PROPOSED COUNSEL FOR THE DEBTORS