UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Palm Harbor Homes, Inc., *et al.* | : | Case No. 10-13850 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **American Stock Transfer & Trust Company LLC** Attn: David H. Brill, 62-01 15th Avenue, Brooklyn, NY, 11219, Phone: 718-921-8528, Fax: 718-921-8366

2. **AQR Absolute Return Master Account, LP c/o CNH Partners**, Attn: Todd Pulvino, 2 Greenwich Plaza, 1st Floor, Greenwich, CT 06830, Phone: 203-742-3002

3. **Greenwood Capital, LP**, Attn: Steven Tannenbaum, 222 Berkeley Street, 17th Floor, Boston, MA 02116, Phone: 617-236-4240, Fax: 617-236-4244

4. **Centaur Performance Group**, Attn: Brad Lo Gatto, 500 West Putnam Avenue, 3rd Floor, Greenwich, CT 06830, Phone: 203-618-3319, Fax: 203-618-3402

5. **Universal Forest Products, Inc**, Attn: Matthew J. Missad, 2801 East Beltline, NE, Grand Rapids, MI 49525, Phone: 616-364-6161, Fax: 616-364-5558

6. **Kinro, Inc**, Attn: Jim Montague, 2703 College Avenue, Goshen, IN, 46528, Phone: 574-312-6022, Fax: 574-534-3475

7. **Atlantic Service & Supply LLC**, Attn: Forrest Campbell, 6525 Baker Blvd., Richland Hills, TX 76118, Phone: 817-589-1265, Fax: 817-284-7211

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ David M. Klauder for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: December 14, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Aaron Smith, Esquire, Phone: (312) 443-0460, Fax: (312) 696-6460