# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## *SECOND*[2] AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 22, 2010 AT 3:00 P.M. (ET)

### I. CONTINUED MATTER

1. Motion for Order Modifying the Reporting Requirements of Bankruptcy Rule 2015.3(a) [Filed 11/29/10; Docket No. 17].

   Related Documents:

   a) Notice of Hearing Regarding Motion for Order Modifying the Reporting Requirements of Bankruptcy Rule 2015.3(a) [Filed 12/02/10; Docket No. 66].

   Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

   Response(s) Received:

   b) Informal comments received from the Office of the United States Trustee.

   Status: This matter will be adjourned to the hearing scheduled for January 6, 2011 at 2:30 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15303 Dallas Parkway, Suite 800, Addison, Texas 75001.

[2] *Amended agenda items appear in bold or italics.*

2774042.9

## II. MATTERS GOING FORWARD

2. Debtors' Motion for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures for Transfers of Common Stock [Filed 11/29/10; Docket No. 5].

   Related Documents:

   a) Corrected Interim Order Establishing Notification and Hearing Procedures for Transfers of Common Stock [Entered: 12/01/10; Docket No. 64].

   b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures for Transfers of Common Stock [Filed 12/02/10; Docket No. 79].

   Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

   Responses Received: None.

   Status: This matter will go forward.

3. Motion for Entry of an Order (I) Authorizing Payment of Wages and Employee Benefits; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Claims Under the Workers Compensation Programs; and (III) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Filed 11/29/10; Docket No. 6].

   Related Documents:

   a) Certification of Counsel Regarding Order (I) Authorizing Payment of Wages and Employee Benefits; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Claims Under the Workers Compensation Programs; and (III) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Filed: 12/02/10; Docket No. 75].

   b) Interim Order (I) Authorizing Payment of Wages and Employee Benefits; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Claims Under the Workers Compensation Programs; and (III) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Entered: 12/03/10; Docket No. 83].

c) Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of an Order (I) Authorizing Payment of Wages and Employee Benefits; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Claims Under the Workers Compensation Programs; and (III) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Filed: 12/03/10; Docket No. 87].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Responses Received:

d) Informal comments received from the Office of the United States Trustee **and the Official Creditors Committee.**

Status: A revised form of order will be presented to the Court. This matter will go forward. **Certain portions of the relief requested will be adjourned to the hearing scheduled for January 6, 2011 at 2:30 p.m. (ET).**

4. Motion for Entry of an Order Authorizing Debtors to (I) Honor Prepetition Obligations Pursuant to Their Customer Programs; (II) Honor Prepetition Obligations Pursuant to Their Incentive Programs; and (III) Continue the Same in the Ordinary Course of Business [Filed 11/29/10; Docket No. 7].

Related Documents:

a) Certification of Counsel Regarding Order Authorizing Debtors to (I) Honor Prepetition Obligations Pursuant to Their Customer Programs; (II) Honor Prepetition Obligations Pursuant to Their Incentive Programs; and (III) Continue the Same in the Ordinary Course of Business [Filed: 12/02/10; Docket No. 76].

b) Interim Order Authorizing Debtors To (I) Honor Prepetition Obligations Pursuant to Their Customer Programs; (II) Honor Prepetition Obligations Pursuant to Their Incentive Programs; and (III) Continue the Same in the Ordinary Course of Business [Entered: 12/03/10; Docket No. 84].

c) Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of an Order Authorizing Debtors to (I) Honor Prepetition Obligations Pursuant to Their Customer Programs; (II) Honor Prepetition Obligations Pursuant to Their Incentive Programs; and (III) Continue the Same in the Ordinary Course of Business [Filed: 12/03/10; Docket No. 88].

3

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Responses Received: None.

Status: A revised form of order will be presented to the Court. This matter will go forward.

5. Motion for Entry of an Interim and a Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment Filed by Palm Harbor Homes, Inc. [Filed 11/29/10; Docket No. 11].

Related Documents:

a) Certification of Counsel Regarding Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment [Filed 12/02/10; Docket No. 77].

b) Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment [Entered: 12/03/10; Docket No. 85].

c) Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of an Interim and Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment [Filed 12/03/10; Docket No. 89].

d) **Notice of Amended Exhibit B to Motion for Entry of Interim and Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment [Filed 12/21/10; Docket No. 142].**

2774042.9

<u>Response Deadline</u>: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

<u>Responses Received</u>: None.

<u>Status</u>: A revised form of order will be presented to the Court. This matter will go forward.

6. Motion for an Order Authorizing Payment in the Ordinary Course of Business of (I) Section 503(b)(9) Claims; and (II) Certain Obligations for the Postpetition Delivery of Goods and Services [Filed 11/29/10; Docket No. 14].

   <u>Related Documents</u>:

   a) Corrected Interim Order Granting Motion of the Debtors and Debtors in Possession for an Order Authorizing Payment in the Ordinary Course of Business (I) Section 503(B)(9) Claims; and (II) Certain Obligations for the Postpetition Delivery of Goods and Services [Entered: 12/01/10; Docket No. 62].

   b) Notice of Entry of Interim Order and Final Hearing Regarding Motion for an Order Authorizing Payment in the Ordinary Course of Business (I) Section 503(B)(9) Claims; and (II) Certain Obligations for the Postpetition Delivery of Goods and Services [Filed 12/02/10; Docket No. 80].

   <u>Response Deadline</u>: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

   <u>Responses Received</u>:

   c) Informal comments received from the Office of the United States Trustee.

   <u>Status</u>: A revised form of order will be presented to the Court. This matter will go forward.

7. Motion for Entry of an Order Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors [Filed 11/29/10; Docket No. 15].

   <u>Related Documents</u>:

5

2774042.9

a) Corrected Interim Order Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors [Entered: 12/01/10; Docket No. 63].

b) Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of an Order Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors [Filed 12/02/10; Docket No. 81].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Responses Received:

c) **Informal comments received from the Official Creditors Committee.**

Status: A revised form of order will be presented to the Court. This matter will go forward.

8. Motion for Entry of an Order: (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Granting Liens and Superpriority Claims; and (III) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Final Basis [Filed 11/29/10; Docket No. 16].

Related Documents:

a) Interim DIP Financing Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Superpriority Claims, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) [Entered: 12/01/10; Docket No. 60].

b) Notice of Entry of Interim Order and Final Hearing Regarding Motion to Approve Entry of an Interim Order: (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Granting Liens and Superpriority Claims; and (III) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Final Basis [Filed on 12/02/10; Docket No. 82].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., **and the Official Creditors Committee to January 6, 2011).**

2774042.9

Responses Received:

- c) Objection to the Interim Order and to Entry of a Final Order: (I) Authorizing Debtors to Obtain Post-petition Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Granting Liens and Superpriority Claims Filed by Texas Ad Valorem Taxing Jurisdictions [Filed 12/08/10; Docket No. 102].

- d) Informal comments received from the Office of the United States Trustee **and the Official Creditors Committee.**

Status: This matter will be adjourned to the hearing scheduled for January 6, 2011 at 2:30 p.m. (ET).

9. Motion for Entry of an Order Extending Time for Debtors to File Their Schedules and Statements of Financial Affairs [Filed 11/29/10; Docket No. 18].

   Related Documents:

   - a) Notice of Hearing Regarding Motion for Entry of an Order Extending Time for Debtors to File Their Schedules and Statements of Financial Affairs [Filed 12/02/10; Docket No. 67].

   Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

   Response(s) Received: None.

   Status: This matter will go forward.

10. Motion for Entry of an Order Providing that any Creditors' Committee Appointed in these Cases is Not Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Filed 11/29/10; Docket No. 19].

    Related Documents:

    - a) Notice of Hearing Regarding Motion for Entry of an Order Providing that any Creditors' Committee Appointed in these Cases is Not Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Filed 12/02/10; Docket No. 68].

    Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Response(s) Received:

    b)    **Informal comments received from the Official Creditors Committee.**

Status: A revised form of order will be presented to the Court. This matter will go forward.

11. Application for Entry of an Order Authorizing Retention and Employment of Raymond James & Associates, Inc. as Investment Banker to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 11/29/10; Docket No. 20].

Related Documents:

    a)    Notice of Hearing Regarding Application for Entry of an Order Authorizing Retention and Employment of Raymond James & Associates, Inc. as Investment Banker to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 12/02/10; Docket No. 69].

Response Deadline:   December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Response(s) Received:

    b)    Informal comments received from the Office of the United States Trustee and the Official Creditors Committee.

Status: **This matter will be adjourned to the hearing scheduled for January 6, 2011 at 2:30 p.m. (ET).**

12. Motion for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by Debtors in the Ordinary Course of Business [Filed 11/29/10; Docket No. 21].

Related Documents:

    a)    Notice of Hearing Regarding Motion for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by Debtors in the Ordinary Course of Business [Filed 12/02/10; Docket No. 70].

Response Deadline:   December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the

Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Response(s) Received:

    b)     Informal comments received from the Office of the United States Trustee.

Status: A revised form of order will be presented to the Court. This matter will go forward.

13. Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Filed 11/29/10; Docket No. 22].

Related Documents:

    a)     Notice of Hearing Regarding Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Filed 12/02/10; Docket No. 71].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Response(s) Received: None.

Status: A revised form of order will be presented to the Court. This matter will go forward.

14. Application for Entry of an Order Authorizing Employment and Retention of Locke Lord Bissell & Liddell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 11/29/10; Docket No. 23].

Related Documents:

    a)     Notice of Hearing Regarding Application for Entry of an Order Authorizing Employment and Retention of Locke Lord Bissell & Liddell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 12/02/10; Docket No. 72].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Response(s) Received: None.

Status: This matter will go forward.

15. Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Polsinelli Shughart PC as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 11/29/10; Docket No. 24].

    Related Documents:

    a) Notice of Hearing Regarding Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Polsinelli Shughart PC as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed 12/02/10; Docket No. 73].

    Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

    Response(s) Received: None.

    Status: This matter will go forward.

16. Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures; (B) Approving a Break-Up Fee and Expense Reimbursement; (C) Approving the Stalking Horse Purchaser's Right to Credit Bid; (D) Approving the Form and Manner of Notices; (E) Approving the Procedures for the Assumption and Assignment of Contracts and Leases; and (F) Setting a Sale Hearing; and (II) an Order Pursuant to 11 U.S.C. § 363 and 365 (A) Authorizing and Approving Asset Purchase Agreement by and among the Debtors, as Sellers, and Palm Harbor Homes, Inc., a Delaware Corporation, as Purchaser, or Such Other Purchase Agreement(s) Between the Debtors and the Successful Bidder, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (C) Granting Related Relief [Filed 11/29/10; Docket No. 25].

    Related Documents:

    a) Notice of Hearing Regarding Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures; (B) Approving a Break-Up Fee and Expense Reimbursement; (C) Approving the Stalking Horse Purchaser's Right to Credit Bid; (D) Approving the Form and Manner of Notices; (E) Approving the Procedures for the Assumption and Assignment of Contracts and Leases; and (F) Setting a Sale Hearing; and (II) an Order Pursuant to 11 U.S.C. § 363 and 365 (A) Authorizing and Approving Asset Purchase

2774042.9

Agreement by and among the Debtors, as Sellers, and Palm Harbor Homes, Inc., a Delaware Corporation, as Purchaser, or Such Other Purchase Agreement(s) Between the Debtors and the Successful Bidder, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (C) Granting Related Relief [Filed 12/02/10; Docket No. 74].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee, Sankaty Advisors, LLC, Centerbridge Partners, MAK Capital, and Champion Home Builders, Inc. to December 20, 2010 at 10:00 a.m., and extended for the Official Creditors Committee until **January 6, 2011**).

Response(s) Received:

b) Reservation of Rights Regarding the Debtors' Bid Procedures and Sale Motion filed by Virgo – Redwood, LP, Virgo – Willow, LP, Virgo – Sierra, LP, and Virgo – Magnolia, LP and Virgo Service Company, LLC [Filed 12/14/10; Docket No. 118].

c) Protective Objection to Bidding Procedures and Entry of Sale Order filed by the United States of Behalf of its Department of Defense [Filed 12/14/10; Docket No. 119].

d) Objection to Debtors' Bid Procedures Motion filed by Centerbridge Credit Partners Strategic Debtor Acquisition, L.P., Centerbridge Credit Partners Debt Acquisition, L.P., Centerbridge Partners SBS, L.P., MAK Capital Fund L.P., Sankaty Credit Opportunities II, L.P., Sankaty Credit Opportunities III, L.P., Sankaty Credit Opportunities IV, L.P., and Sankaty Credit Opportunities (Offshore Master) IV, L.P. [Filed 12/20/2010; Docket No. 131]

e) Informal comments received from the Office of the United States Trustee **and the Official Creditors Committee.**

Status: This matter will be adjourned to the hearing scheduled for January 6, 2011 at 2:30 p.m. (ET).

17. Application to Employ/Retain Alvarez & Marsal North America, LLC [Filed 11/30/10; Docket No. 42].

Related Documents:

11

a) Notice of Hearing Regarding Application to Employ/Retain Alvarez & Marsal North America, LLC [Filed 12/03/10; Docket No. 90].

Response Deadline: December 14, 2010 at 4:00 p.m. (Extended for United States Trustee to December 20, 2010 at 10:00 a.m., and the Official Creditors Committee to December 21, 2010 at 10:00 a.m.)

Response(s) Received:

b) Informal comments received from the Office of the United States Trustee.

Status: A revised form of order will be presented to the Court. This matter will go forward.

Dated: Wilmington, Delaware
December 22, 2010

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt (Admitted Pro Hac Vice)
Aaron C. Smith (Admitted Pro Hac Vice)
Courtney E. Barr (Admitted Pro Hac Vice)
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

/s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

PROPOSED COUNSEL FOR THE DEBTORS

2774042.9