# SIGN - IN - SHEET

CASE NAME: Palm Harbor  
CASE NO: 10-13849 (CSS)  
COURTROOM LOCATION: 6  
DATE: 12/22/10 AT 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli Shughart | Destra |
| Justin Edelson | " | " |
| Aaron Smith | Locke Lord Bissell & Liddell | |
| Bill Bowden | Ashby & Geddes | Cavco/Affiliates |
| Laura Jones | Pachulski Stang | Committees |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Timothy Reiley | REED SMITH LLP | Textron Financial Corporation |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

Calendar Date: 12/22/2010
Calendar Time: 03:00 PM ET

#6

2nd Revision 12/21/2010 04:01 PM

| Page # Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | Palm Harbor Homes, Inc. | 10-13850 | Hearing | 3919689 | Kristin Hiensch | (415) 268-6126 | Morrison & Foerster | Creditor, Virgo Lenders / LIVE |
| | Palm Harbor Homes, Inc. | 10-13850 | Hearing | 3926010 | Rob Jordan | (212) 906-1166 | Third Avenue Management | Interested Party, Cavco Industries & Fleetwood Homes / LIVE |
| | Palm Harbor Homes, Inc. | 10-13850 | Hearing | 3926017 | Ian Lapey | (212) 906-1166 | Third Avenue Management | In Propria Persona, Cavco Industries & Fleetwood Homes / LIVE |
| | Palm Harbor Homes, Inc. | 10-13850 | Hearing | 3925150 | Michael C. Rupe | (212) 556-2135 | King & Spalding | Interested Party, Textron Financial Corp. / LIVE |