IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 25, 187** |

## NOTICE OF CHANGED LOCATION FOR THE AUCTION RELATING TO THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS

**PLEASE TAKE NOTICE** that on January 6, 2011 the Court entered the *Order (A) Approving Bid Procedures; (B) Approving a Break-Up Fee and Expense Reimbursement; (C) Approving the Stalking Horse Purchaser's Right to Credit Bid; (D) Approving the Form and Manner of Notices; (E) Approving the Procedures for the Assumption and Assignment of Contracts and Leases; and (F) Setting a Sale Hearing* (the "Bid Procedures Order")[2] [Docket No. 187].

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures Order approved certain Bid Procedures that provided, among other things, that an auction (the "Auction") to determine the highest and best bid for substantially all of the Debtors' assets is to occur at 10:00 a.m. (prevailing Eastern Time) on March 1, 2011, at the offices of the Debtors' Delaware Counsel, Polsinelli Shughart PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware or such later time on such day or other place as the Debtors shall notify all Bidders who have submitted Qualified Bids.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

1

**PLEASE TAKE FURTHER NOTICE** that the location of the Auction has changed and will now take place at the offices of **LOCKE LORD BISSELL & LIDDELL, LLP, Three World Financial Center, New York, NY 10281.** The time and date of the Auction shall remain the same: **March 1, 2011 at 10:00 a.m. (prevailing Eastern Time).**

Dated: Wilmington, Delaware
       February 15, 2011

| | |
|---|---|
| LOCKE LORD BISSELL & LIDDELL LLP | POLSINELLI SHUGHART PC |
| David W. Wirt | Christopher A. Ward (Del. Bar No. 3877) |
| Aaron C. Smith | Justin K. Edelson (Del. Bar No. 5002) |
| Courtney E. Barr | 222 Delaware Avenue, Suite 1101 |
| 111 S. Wacker Drive | Wilmington, Delaware 19801 |
| Chicago, Illinois 60606-4410 | Telephone: (302) 252-0920 |
| Telephone: (312) 443-0485 | Fax: (302) 252-0921 |
| Fax: (312) 443-0336 | |
| | |
| COUNSEL FOR THE DEBTORS | COUNSEL FOR THE DEBTORS |