# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PALM HARBOR HOMES, INC., <u>et al.</u>,[1] | Case No. 10-13850 (CSS) |
| Debtors. | Jointly Administered |

## SUCCESSFUL BIDDER AND CONTRACT ASSIGNMENT NOTICE

Palm Harbor Homes, Inc. ("<u>Palm Harbor</u>") and its related debtors (collectively, the "<u>Debtors</u>"), as debtors and debtors in possession in the above-captioned cases, hereby file this Notice of Successful Bidder and Contract Assignment Notice pursuant to the Order (A) Approving Bid Procedures; (B) Approving a Break-Up Fee and Expense Reimbursement; (C) Approving the Stalking Horse Purchaser's Right to Credit Bid; (D) Approving the Form and Manner of Notices; (E) Approving the Procedures for the Assumption and Assignment of Contracts and Leases; and (F) Setting a Sale Hearing, entered by this Court on January 6, 2011 (the "<u>Bid Procedures Order</u>"). The Debtors respectfully state:

1. On March 1, 2011, the Debtors conducted the Auction[2] at the offices of Locke Lord Bissell & Liddell, LLP in New York, New York.

2. The Successful Bidder for the assets sold at the Auction is the Stalking Horse Purchaser, Palm Harbor Homes, Inc., a Delaware corporation, which is an affiliate of Cavco Industries, Inc. ("<u>Cavco</u>"). Cavco is also an affiliate of the Debtors' DIP Lender, Fleetwood Homes, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

3. The Backup Bidder for the assets sold at the Auction is Champion Enterprises Holdings, LLC.

4. The Debtors will seek the approval of the sale of the assets sold at the Auction to the Successful Bidder at the Sale Hearing on March 4, 2011 at 1:00 p.m. (ET).

5. Pursuant to the Bid Procedures, the Debtors will seek court approval of the assumption and assignment of those contracts identified in <u>Exhibit A</u> to the Successful Bidder at the Sale Hearing.

Dated: Wilmington, Delaware
March 2, 2011

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt
Aaron C. Smith
Courtney E. Barr
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

  /s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

COUNSEL FOR THE DEBTORS

# EXHIBIT A

## Schedule of Contracts to be Assumed and Assigned to the Successful Bidder

1.      Statement of Commencement effective March 15, 1998 for Option to Lease between Palm Harbor Homes, Inc. and Texas Cellular Telephone Company, L.P. for 830 Bastrop Highway, City of Austin, County of Texas dated October 156, 1997

2.      Mortgagee's Consent, Nondisturbance, and Attornment Agreement between First National Bank and Sprint Spectrum, L.P. dated January 8, 2001.

3.      Sign Location Lease between Palm Harbor Homes, Inc. and Viacom Outdoor, Inc. for W/S I-4 .8 mi N/O Albany Exit 236, Albany, Oregon dated January 1, 2006; Memorandum of Lease dated May 4, 2005.

4.      Supply/Marketing Agreement between Nationwide Homes, Inc. and Accessible Home Improvement of America.

5.      Contract of sale between Nationwide Homes, Inc. and Independence Village LLC.

6.      Contract of sale between Nationwide Homes and Pinnacle Construction Support LLC.

7.      Subcontract agreement between Palm Harbor Homes, Inc. and Peter Brown Construction, Inc.

8.      Subcontract agreement between Palm Harbor Homes and Botsford Builders, Inc.

9.      Agreement between Nationwide Homes, Inc., Palm Harbor Homes, Inc., and Morgan RV.

10.     Contract of sale between Palm Harbor Homes, Inc. and Baker Construction.

11.     Contract of sale between Nationwide Homes, Inc. and SRP Development Louisiana, LLC.

12.     Repurchase agreement between Palm Harbor Homes, Inc. and SADS, Inc.