United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Palm Harbor Homes, Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-13850 |
| Debtor | } **Amount $1,242.15** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**THRIFTY NICKEL-ABILENE**
**2903 N. 3RD**
**ABILENE, TX 79603**

The transfer of your claim as shown above in the amount of **$1,242.15** has been transferred to:

Liquidity Solutions Inc
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3216190

# TRANSFER NOTICE

Thrifty Nickel-abilene ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Palm Harbor Homes, Inc., et al.** (the "Debtor"), in the aggregate amount of **$1,242.15,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-13850.

IN WITNESS WHEREOF, Assignor has signed below as of the _3_ day of _Mar_, 2011

Thrifty Nickel-abilene

_(signature)_

(Signature)

_Karla Hutchinson, owner_

(Print Name and Title)

Liquidity Solutions, Inc.



Michael Handler

Palm Harbor Homes, Inc., et al.
Thrifty Nickel-abilene

3216190