United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Palm Harbor Homes, Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-13854 |
| Debtor | } Amount **$3,446.17** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CARPETLAND USA**
**2370 GREENSBORO ROAD**
**MARTINSVILLE, VA 24112**

The transfer of your claim as shown above in the amount of **$3,446.17** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3216626

**TRANSFER NOTICE**

Carpetland Usa ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Palm Harbor Homes, Inc., et al.** (the "Debtor"), in the aggregate amount of **$3,446.17**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-13854.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th day of March, 2011

Carpetland Usa

Krista L. Crouch
(Signature)

Krista L. Crouch
(Print Name and Title)
Regional Accounting Manager

Liquidity Solutions, Inc.
Michael Handler

Palm Harbor Homes, Inc., et al.
Carpetland Usa

3216626