# NOTICE OF CLAIMS PURCHASE AGREEMENT

BIG STATE TIRE & AXLE INC. C/O GOODMAN FACTORS LTD. AKA GOODMAN FACTORS, a(n) Texas Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $42,195.00 (proof of claim amount, defined as the "Claim") against Palm Harbor Homes Inc et al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 10-13850 (defined as the "Proceedings")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __14__ day of __MARCH__, 2011.

GOODMAN FACTORS
(Company Name)

WITNESS __Mary Dupree__
(Signature)

__Paul Ellenbogen, V.P.__
(Signature of Corporate Officer)

__MARY Dupree    Collections Specialist__
(Print Name and Title of Witness)

__PAUL ELLENBOGEN, V.P.__
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS __K. Banff__
(Signature)

(Signature of Fund Representative)

__Kevin Barrett__

__ENL__
(Print Name, Corre Opportunities Fund, LP)

Exhibit "A"