| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| Palm Harbor Homes, Inc., et al. | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 10-13853 |
| Debtor | } Amount **$3,485.33** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**BOB BROCK FORD-LINCOLN**
**MERCURY-NISSAN**
**500 WEST 4TH ST**
**BIG SPRING, TX 79720**

The transfer of your claim as shown above in the amount of **$3,485.33** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3216632

**TRANSFER NOTICE**

Bob Brock Ford-lincoln ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Palm Harbor Homes, Inc., et al.** (the "Debtor"), in the aggregate amount of **$3,485.33**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-13853.

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of March, 2011

Bob Brock Ford-lincoln

_Edwin O. Ware_
(Signature)

Edwin O. Ware, Comptroller
(Print Name and Title)

_Michael Handler_
Liquidity Solutions, Inc.
Michael Handler

Palm Harbor Homes, Inc., et al.
Bob Brock Ford-lincoln


3216632