| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| Palm Harbor Homes, Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-13850 |
| <u>Debtor</u> | } **Amount $2,525.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**QUALITY MOBILE HOME SVC.**
**20150 MT. VIEW DRIVE**
**BEND, OR 97701**

The transfer of your claim as shown above in the amount of **$2,525.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      <u>By/s/Michael Handler</u>
      Liquidity Solutions Inc
      (201) 968-0001

3216519

## TRANSFER NOTICE

Quality Mobile Home Svc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Palm Harbor Homes, Inc., et al.** (the "Debtor"), in the aggregate amount of **$2,525.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-13850.

IN WITNESS WHEREOF, Assignor has signed below as of the 14 day of March 2011

Quality Mobile Home Svc.

_____
(Signature)

Gary Larsen owner
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

Palm Harbor Homes, Inc., et al.
Quality Mobile Home Svc.


3216519