| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| NATIONWIDE HOMES INC | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 10-13854 |
| Debtor | } **Amount $7,769.13** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**VEOLIA ES SOLID WASTE SOUTHWEST INC**
**1101 HAWKINS ST**
**VAL DOSTA, GA 31601**

The transfer of your claim as shown above in the amount of **$7,769.13** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

497832

## TRANSFER NOTICE

VEOLIA ES SOLID WASTE ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Palm Harbor Homes, Inc., et al. ("Debtor"), in the aggregate amount of $7,769.13 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered under Case No. 10-13850.

IN WITNESS WHEREOF, Assignor has signed below as of the 21 day of March, 2011.

VEOLIA ES SOLID WASTE　　　　　　　　　　　Liquidity Solutions, Inc.

By: _____　　　_____
(Signature)　　　　　　　　　　　　　　　　(Signature)

D MCLAUGHLIN GENERAL MANAGER　　　　Michael Handler
(Print Name and Title)　　　　　　　　　　(Print Name and Title)

497832