United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| PALM HARBOR HOMES INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-13850 |
| Debtor | } Amount $3,995.56 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**DESIGN CRAFT FABRIC CORP**
**PO BOX 95022**
**PALATINE, IL 60095**

The transfer of your claim as shown above in the amount of **$3,995.56** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

497831

TRANSFER NOTICE

DESIGN CRAFT FABRIC CORP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Palm Harbor Homes, Inc., et al. ("Debtor"), in the aggregate amount of $3,995.56 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered under Case No. 10-13850.

IN WITNESS WHEREOF, Assignor has signed below as of the __22__ day of __March__, 2011.

DESIGN CRAFT FABRIC CORP                                Liquidity Solutions, Inc.

By: ___[signature]___                                    ___[signature]___
(Signature)                                              (Signature)

__WALTON CORONIK / CEO__                                 __Michael Handler__
(Print Name and Title) / DESIGN CRAFT                    (Print Name and Title)
FABRIC CORP