# ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 441** |
| | ) | |

## ORDER GRANTING MOTION FOR AN ORDER, PURSUANT TO §§ 105 AND 363 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE SALE OF PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS, AND (II) GRANTING RELATED RELIEF

Upon consideration of the Motion for an Order, Pursuant to §§ 105 and 363 of the Bankruptcy Code, (I) Authorizing the Sale of Property Free and Clear of Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief (the "Motion")[2]; and the Court finding that: (i) the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties-in-interest; (ii) due and adequate notice of the Motion having been given under the circumstances; (iii) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (iv) that venue is proper under to 28 U.S.C. § 1409; and after due deliberation thereon, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.

2. All objections to the Motion or relief provided herein that have not been withdrawn, waived, or settled are hereby overruled and denied on the merits.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc., a Florida corporation (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor Gaspar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15303 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Motion.

- 1 -

1933919.1

3. Pursuant to §§ 105 and 363 of the Bankruptcy Code and the terms of the Sale Agreement, the Debtors are hereby authorized to consummate the Sale and transfer the Facilities to the Buyer.

4. The Facilities sold pursuant to the Sale Agreement to the Buyer are being sold "AS IS-WHERE IS," without any representations or warranties from the Debtors as to the quality or fitness of such assets for either their intended or any other purposes.

5. The Buyer is a good faith purchaser under section 363(m) of the Bankruptcy Code.

6. The Facilities shall be sold free and clear of all liens, mortgages, leases or other rights or claims of right to use or occupancy, encumbrances, security interests, claims, charges, or other legal or equitable encumbrances and any other matters affecting title (collectively, "Liens"), including without limitation the Textron Liens evidenced by the deed of trust (recorded in Book 1964 at Page 1133) and the UCC financing statement (recorded in Book 1864 at Page 1154) pertaining to the NC Facility and the mortgage (recorded on March 19, 2010 in Book B293 at page 698) and the UCC financing statement (recorded on March 19, 2010 in Book B293 at page 719); provided however, that in the event that the Committee files, and succeeds in, a Challenge and payment to Textron in satisfaction of the Debtors' prepetition indebtedness is avoided, the Textron Liens shall attach to the proceeds of the Sale of the Facilities with the same priority and validity as they previously existed against the Facilities.

7. Pursuant to section 363(b) of the Bankruptcy Code, the Debtor, and the Buyer, as well as their officers, employees, and agents, shall be, and hereby are, authorized to take any and all actions and/or execute any and all documents as may be necessary or desirable to

consummate the Sale, including without limitation transferring 50% of the Compensation to the Buyer.

8. This Order shall be binding upon the Debtors, all creditors of the Debtors, the Committee, and any trustees appointed in these proceedings or any trustees appointed in any subsequent proceedings under chapter 7 or chapter 11 of the Bankruptcy Code relating to the Debtors, and all other parties-in-interest herein.

9. Pursuant to rule 6004(h) of the Federal Rules of Bankruptcy Procedure, this Order shall take effect and be fully enforceable immediately upon execution hereof.

10. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to the Sale or this Order.

Dated: Wilmington, Delaware
April __, 2011

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge