# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 19, 2011 AT 2:00 P.M. (ET)

### CONTINUED/RESOLVED MATTER

1.  Motion to Amend Final Order Authorizing Continuation of Senior Officer Quarterly Incentive Program [Filed: 4/1/2011; Docket No. 466]

    Response Deadline:   April 12, 2011 at 4:00 p.m.

    Responses Received:

    a)  Limited Objection of Cavco Industries, Fleetwood Homes, Inc. and Palm Harbor Homes, Inc. to the Motion to Amend Final Order Authorizing Continuation of Senior Officer Quarterly Incentive Program [Filed: 4/12/2011; Docket No. 495]

    b)  Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the to Limited Objection of CAVCO Industries, Fleetwood Homes, Inc. and Palm Harbor Homes, Inc., to the Motion to Amend Final Order Authorizing Continuation of Senior Office Quarterly Incentive Program [Filed: 4/14/2011; Docket No. 516]

    Related Documents:   None.

    Status: This matter has been continued to the omnibus hearing scheduled for May 17, 2011 at 3:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] **Amended items appear in bold.**

1940593.1

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

2. Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan [Filed: 3/25/2011; Docket No. 440]

    Response Deadline:   April 12, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    a) Certificate of No Objection Regarding Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan [Filed: 4/14/2011; Docket No. 505]

    b) **Order Extending the Debtors' Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan [Entered: 4/18/2011; Docket No. 530]**

    Status: **An order has been entered.  No hearing is necessary.**

3. Motion for an Order Pursuant to §§ 105 and 363 of the Bankruptcy Code (I) Authorizing the Sale of Property Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (II) Granting Related Relief [Filed: 3/25/2011; Docket No. 441]

    Response Deadline:   April 12, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    a) Certificate of No Objection Regarding Motion for an Order Pursuant to §§ 105 and 363 of the Bankruptcy Code (I) Authorizing the Sale of Property Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (II) Granting Related Relief [Filed: 4/14/2011; Docket No. 506]

    b) **Order Granting Motion for an Order (I) Authorizing the Sale of Property Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (II) Granting Related Relief [Entered: 4/18/2011; Docket No. 531]**

    Status: **An order has been entered.  No hearing is necessary.**

4. Debtors' Motion for Approval Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure of Stipulation of Settlement Regarding MDL Litigation [Filed; 3/25/2011; Docket No. 444]

   Response Deadline:   April 12, 2011 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   a) Certificate of No Objection Regarding Debtors' Motion for Approval Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure of Stipulation of Settlement Regarding MDL Litigation [Filed; 4/14/2011; Docket No. 507]

   b) **Order Granting Debtors' Motion for Approval of Stipulation of Settlement Regarding MDL Litigation [Entered: 4/18/2011; Docket No. 532]**

   Status: **An order has been entered. No hearing is necessary.**

5. First Omnibus Motion to Assume and Assign Executory Contracts and Unexpired Leases [Filed: 4/4/2011; Docket No. 472]

   Response Deadline:   April 12, 2011 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   a) Certificate of No Objection Regarding First Omnibus Motion to Assume and Assign Executory Contracts and Unexpired Leases [Filed: 4/14/2011; Docket No. 508]

   b) **Order Granting First Omnibus Motion to Assume and Assign Executory Contracts and Unexpired Leases [Entered: 4/18/2011; Docket No. 533]**

   Status: **An order has been entered. No hearing is necessary.**

**CONTESTED MATTERS GOING FORWARD**

6. Motion Requesting Rescheduling Telephonic Hearing [Filed: 2/25/2011; Docket No. 447]

   Response Deadline:   April 12, 2011 at 4:00 p.m.

3
1940593.1

Responses Received: None.

Related Documents:

- a) Plaintiff Michelle Ramsey's Motion to Intervene to Assess the Defendant's Assets in Lieu of the Defendant's Chapter 11 Filing [Filed: 1/6/2011; Docket No. 198]

- b) Debtors' Objection to Plaintiff Michelle Ramsey's Motion to Intervene to Assess the Defendant's Assets in Lieu of the Defendant's Chapter 11 Filing [Filed: 2/10/2011; Docket No. 290]

- c) Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to Plaintiff Michelle Ramsey's Motion to Intervene to Assess the Defendant's Assets in Lieu of the Defendant's Chapter 11 Filing [Filed: 2/10/2011; Docket No. 291]

- d) Order Denying Motion to Intervene to Assess the Defendant's Assets in Lieu of the Defendant's Chapter 11 Filing [Entered: 2/17/2011; Docket No. 316]

- e) Notice of Rescheduled Hearing [Filed: 3/28/2011; Docket No. 448]

Status: This matter will go forward.

7. Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 3/28/2011; Docket No. 452]

    Response Deadline: April 12, 2011 at 4:00 p.m.

    Responses Received:

    - a) SP US V5 Colonnade, LP's Objection to the Debtors' Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 4/12/2011; Docket No. 496]

    Related Documents: None.

Status: **The Debtors anticipate having the objection of SP US V5 Colonnade, LP resolved prior to the hearing.** This matter will go forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April **18**, 2011 | Respectfully submitted,<br><br>LOCKE LORD BISSELL & LIDDELL LLP<br>David W. Wirt (Admitted Pro Hac Vice)<br>Aaron C. Smith (Admitted Pro Hac Vice)<br>Courtney E. Barr (Admitted Pro Hac Vice)<br>111 S. Wacker Drive<br>Chicago, Illinois 60606-4410<br>Telephone: (312) 443-0700<br>Fax: (312) 443-0336<br><br>-and-<br><br>POLSINELLI SHUGHART PC<br><br>  /s/ *Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Fax: (302) 252-0921<br><br>COUNSEL FOR THE DEBTORS |

1940593.1