# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al., | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Claim No.: 515**
**Date Filed: 2/28/2011**
**Claim Amount: $683,200.00**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO FRBP RULE 3001(e)(2)

**TO:** **TRANSFEROR:** Textron Financial Corp.
11575 Great Oaks Way
Suite 210
Alpharetta, GA 30022

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 515 against Palm Harbor Homes, Inc. in the amount of $683,200.00 as evidenced by the attached Evidence of Transfer to:

**TRANSFEREE:** **Pioneer Credit Opportunities Fund, LP**
(where notices and     Attn: Adam Stein-Sapir
payments to transferee Greeley Square Station, P.O. Box 20188
should be sent)        39 W. 31st Street
New York, NY 10001
Tel: 646-237-6969

No action is required. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIMS

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

Textron Financial Corp., its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P. and any of its successors, assigns or designees ("<u>Assignee</u>"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $683,200.00 (the "<u>Claim</u>") against Palm Harbor Homes, Inc. and its subsidiaries (the "<u>Debtor</u>"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"), jointly administered under Case No. 10-13850, and the relevant portion of any and all proofs of claim $683,200.00 (No. 513, filed against Nationwide Homes, Inc.), $683,200.00 (No. 514, filed against Palm Harbor Manufacturing, LP), $683,200.00 (No. 515, filed against Palm Harbor Homes, Inc.) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claims.

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claims is executed on 18 day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| (Signature) | (Signature) |
| HENRY CRUZ | Adam D. Stein-Sapir |
| (Print Name) | (Print Name) |
| TEXTRON FINANCIAL CORP | Pioneer Credit Opportunities Fund, L.P. |
| (Company Name) | (Company Name) |
| SVP - Special Assets | Managing Member |
| (Title) | (Title) |