## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PALM HARBOR HOMES, INC., et al., ) | Case No. 10-13850 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**Claim No.: 856**
**Date Filed: 3/15/2011**
**Claim Amount: $351,133.62**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:    TRANSFEROR:**    Bluelinx Corporation
4300 Wildwood Pkwy
Atlanta, GA 30339

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 856 against Palm Harbor Homes, Inc. in the amount of $351,133.62 as evidenced by the attached Evidence of Transfer to:

**TRANSFEREE:**    **Pioneer Credit Opportunities Fund, LP**
(where notices and    Attn: Adam Stein-Sapir
payments to transferee    Greeley Square Station, P.O. Box 20188
should be sent)    New York, NY 10001

No action is required. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## NOTICE OF TRANSFER AND WAIVER

Bluelinx Corporation ("Seller"), sells, transfers and assigns unto Pioneer Credit Opportunities Fund, L.P., having an address of PO Box 20188, New York, NY 10001, its successors and assigns ("Puchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreemnt"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Palm Harbor Homes, Inc. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of $351,133.62 proof of claim No.856, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the District of Delaware, jointly administered as Case No. 10-13850.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of the 26 day of May, 2011.

By: _Mary Moll_
Signature

Mary Moll - Director
Print Name/Title
Bluelinx Corporation

IN WITNESS WHEREOF, Purchaser has signed below as of the 26 day of May, 2011.

By: _____
Adam Stein-Sapir; Pioneer Credit Opportunities Fund, L.P.