# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 13, 2011 AT 1:00 P.M. (ET)

**WITHDRAWN MATTER**

1. Motion to Amend Final Order Authorizing Continuation of Senior Officer Quarterly Incentive Program [Filed: 4/1/2011; Docket No. 466]

    Response Deadline:  April 12, 2011 at 4:00 p.m.

    Responses Received:

    a) Limited Objection of Cavco Industries, Fleetwood Homes, Inc. and Palm Harbor Homes, Inc. to the Motion to Amend Final Order Authorizing Continuation of Senior Officer Quarterly Incentive Program [Filed: 4/12/2011; Docket No. 495]

    b) Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the to Limited Objection of Cavco Industries, Fleetwood Homes, Inc. and Palm Harbor Homes, Inc., to the Motion to Amend Final Order Authorizing Continuation of Senior Office Quarterly Incentive Program [Filed: 4/14/2011; Docket No. 516]

    c) Notice of Withdrawal of Limited Objection of Cavco Industries, Fleetwood Homes, Inc. and Palm Harbor Homes, Inc. to the Motion to Amend Final Order Authorizing Continuation of Senior Officer Quarterly Incentive Program [Filed: 8/29/2011; Docket No. 860]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: Alvarez & Marsal c/o Palm Harbor Winddown, 2100 Ross Avenue, 21st Floor, Dallas, Texas 75201.

[2] **Amended items appear in bold.**

Related Documents:

    a)    Notice of Withdrawal of Docket No. 466 [Filed: 9/8/2011; Docket No. 871]

Status: This matter has been withdrawn.

## CONTESTED MATTER GOING FORWARD

2. Motion of the Debtors and the Committee for an Order: (I) Approving the Disclosure Statement; (II) Fixing (A) the Record Date, (B) the Voting Deadline, (C) the Plan Objection and Reply Deadlines, and (D) the Date of the Confirmation Hearing; (III) Approving Solicitation Procedures by Which Parties Entitled to Vote May Vote to Accept or Reject the Plan and the Form of Certain Documents to be Distributed in Connection with the Solicitation of the Plan; and (IV) Approving the Voting and General Tabulation Procedures [Filed: 8/5/2011; Docket No. 814]

    Response Deadline:    September 7, 2011 at 4:00 p.m. The Office of the United States Trustee was granted an extension to respond until September 9, 2011 at 12:00 p.m.

    Responses Received:

        a)    Objection of the Subsidiary Creditors to Motion to Approve an Order: (I) Approving the Disclosure Statement, Etc. [Filed: 9/7/2011; Docket No. 866]

        b)    Request for Judicial Notice in Support of Objection of the Subsidiary Creditors to Motion to Approve an Order: (I) Approving the Disclosure Statement, Etc. [Filed: 9/7/2011; Docket No. 867]

        c)    Declaration of Jamie L. Edmonson in Support of Objection of the Subsidiary Creditors to Motion to Approve an Order: (I) Approving the Disclosure Statement, Etc. [Filed: 9/7/2011; Docket No. 868]

        d)    Reply of the Official Committee of Unsecured Creditors in Support of Motion of the Debtors and the Committee for an Order: (I) Approving the Disclosure Statement; (II) Fixing (A) the Record Date, (B) the Voting Deadline, (C) the Plan Objection and Reply Deadlines, and (D) the Date of the Confirmation Hearing; (III) Approving Solicitation Procedures by Which Parties Entitled to Vote May Vote to Accept or Reject the Plan and the Form of Certain Documents to be Distributed in Connection with the Solicitation of the Plan; and (IV) Approving the Voting and General Tabulation Procedures [Filed: 9/9/2011; Docket No. 876]

e) Debtors' Response to Objection of the Subsidiary Creditors to Motion to Approve an Order: (I) Approving the Disclosure Statement, Etc. [Filed: 9/9/2011; Docket No. 877]

f) Informal comments from the Office of the United States Trustee

g) **Supplemental Response by the Subsidiary Creditors to Motion to Approve an Order: (I) Approving the Disclosure Statement, Etc. [Filed: 9/9/2011; Docket No. 882]**

Related Documents:

a) Joint Plan of Liquidation Proposed by Debtors and the Committee for Palm Harbor Homes, Inc. and Its Related Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 8/5/2011; Docket No. 812]

b) Disclosure Statement for the Joint Plan of Liquidation Proposed by Debtors and Committee for Palm Harbor Homes, Inc. and Its Related Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 8/5/2011; Docket No. 813]

c) Notice of Disclosure Statement Hearing and the Deadline to Object to the Disclosure Statement [Filed: 8/5/2011; Docket No. 815]

Status: This matter will go forward.

## **FEE APPLICATIONS**

3. Second Interim Fee Applications of Professionals

Response Deadline: See Exhibit A

Responses Received: See Exhibit A

Related Documents: See Exhibit A

Status: This matter will go forward.

Dated: Wilmington, Delaware
September **12**, 2011

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt (Admitted Pro Hac Vice)
Aaron C. Smith (Admitted Pro Hac Vice)
Courtney E. Barr (Admitted Pro Hac Vice)
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART

  /s/ Justin K. Edelson
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

COUNSEL FOR THE DEBTORS