# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Palm Harbor Homes, Inc. | | |
| **Case Number:** | 10-13850-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 13, 2011 01:00 PM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

## *Matters:*

**1)** Omnibus
   **R / M #:**   0 / 0

**2)** Disclosure Statement (contested)
   **R / M #:**   0 / 0

**3)** Fees
   **R / M #:**   0 / 0

## *Appearances:*

See sign-in sheet

## *Proceedings:*

Hearing Matters

   Hearing held.

      Judge signs Omnibus Order Approving Second Interim Fees.
      Judge continues hearing to 9/27/11 at 2 PM.