# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHH CO., INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF EFFECTIVE DATE OF THE JOINT PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND COMMITTEE FOR PALM HARBOR HOMES, INC. AND ITS RELATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that the Effective Date[2] of the Joint Plan of Liquidation Proposed by Debtors and Committee for Palm Harbor Homes, Inc. and Its Related Debtors Under Chapter 11 of the Bankruptcy Code (as modified or amended in accordance with the provisions thereof, the "Plan") occurred on ____, 2011. The United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") confirming the Plan on November ____, 2011 (the "Confirmation Date").

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Confirmation Order or the Plan should (i) telephone the Debtors' claims, noticing, and balloting agent, BMC Group, Inc. ("BMC") at (800) 655-1129, (ii) write to BMC at BMC Group, Inc., Attn: PHH Co., Inc., 18750 Lake Drive East, Chanhassen, MN 55317, or (iii) view such documents by accessing (a) the website maintained by BMC at http://www.bmcgroup.com/palmharborhomes, or (b) the Bankruptcy Court's website, which is located at http://deb.uscourts.gov/. A PACER password and login are needed to access documents on the Bankruptcy Court's website and can be obtained at http://www.pacer.psc.uscourts.gov. In addition, the Confirmation Order and Plan may be inspected at the office of the Clerk of the Bankruptcy Court during normal court hours.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in Article II.A or in Article VII.C.2 of the Plan, requests for payment of Administrative Claims that were not required to be previously filed pursuant to the Initial Administrative Claims Bar Date Order must be filed and served on the Debtors no later than the first business day that is 45 days following the Effective Date (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims by the foregoing sentence and do not file and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors, their Estates, the Post-Consummation Trust, and the Post-Consummation Trust Assets and such Administrative Claims shall be deemed discharged as of the Effective Date. Objections to such requests must be filed and served on the Post-Consummation Trust and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHH Co., Inc. (f/k/a PHH Liquidation Trust and Palm Harbor Homes, Inc.), a Florida Corporation (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] Unless otherwise defined in this notice, all capitalized terms used herein shall have the respective meanings ascribed to them in the Plan (as defined herein).

the requesting party by the later of, (i) 180 days after the Effective Date, and (ii) 180 days after the filing of the applicable request for payment of such Administrative Claims.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Claims, together with accompanying documentation, must be filed with the Bankruptcy Court and delivered so as to be received no later than the Administrative Claims Bar Date by: (a) BMC Group, Inc., Attn: PHH Co., Inc., P.O. Box 3020, Chanhassen, MN, 55317-3020, if by first class mail, or (b) BMC Group, Inc., Attn: PHH Co., Inc., 18750 Lake Drive East, Chanhassen, MN, 55317, if by hand delivery or overnight mail.

**PLEASE TAKE FURTHER NOTICE** that all Proofs of Claim arising from the rejection of Executory Contracts or Unexpired Leases must be filed within 30 days after the Effective Date (the "Rejection Claims Bar Date") with the Bankruptcy Court and delivered so as to be received no later than the Rejection Claims Bar Date by: (a) BMC Group, Inc., Attn: PHH Co., Inc., P.O. Box 3020, Chanhassen, MN, 55317-3020, if by first class mail, or (b) BMC Group, Inc., Attn: PHH Co., Inc., 18750 Lake Drive East, Chanhassen, MN, 55317, if by hand delivery or overnight mail. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease for which Proofs of Claim are not timely filed will be forever barred from assertion against the Debtors, their Estates and property of the Post-Consummation Trust, unless otherwise ordered by the Bankruptcy Court or as otherwise provided herein. All such Claims shall, as of the Effective Date, be subject to the permanent injunction set forth in the Article XI.F of the Plan.

**PLEASE TAKE FURTHER NOTICE** that Retained Professionals or other Entities asserting a Fee Claim for services rendered before the Effective Date must file and serve on the Debtors and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order, or other order of the Bankruptcy Court an application for final allowance of such Fee Claim no later than 45 days after the Effective Date. Objections to any Fee Claim must be filed and served on the Post-Consummation Trust and the requesting party by the later of, (a) 45 days after the Effective Date, or (b) 30 days after the filing of the applicable request for payment of the Fee Claim.

Dated: Wilmington, Delaware
\_\_\_\_, 2011

| | |
|---|---|
| David W. Wirt | Laura Davis Jones (Bar No. 2436) |
| Aaron C. Smith | Robert J. Feinstein (NY Bar No. RF-2836) |
| Courtney E. Barr | Shirley S. Cho (CA Bar No. 192616) |
| LOCKE LORD LLP | James E. O'Neill (Bar No. 4042) |
| 111 S. Wacker Drive | PACHULSKI STANG ZIEHL & JONES LLP |
| Chicago, Illinois 60606-4410 | 919 North Market Street, 17th Floor |
| Telephone: (312) 443-0485 | P.O. Box 8705 |
| Fax: (312) 443-0336 | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| -and- | Facsimile: (302) 652-4400 |
| | |
| Christopher A. Ward (Del. Bar No. 3877) | Counsel to the Official Committee of |
| Justin K. Edelson (Del. Bar No. 5002) | Unsecured Creditors |
| POLSINELLI SHUGHART PC | |
| 222 Delaware Avenue, Suite 1101 | |
| Wilmington, Delaware 19801 | |

Telephone: (302) 252-0920
Fax: (302) 252-0921

Co-Counsel to the Debtors