IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PHH Liquidation Trust, et al., | : | |
| | : | Case No. 10-13850 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 1011 |

## UNITED STATES' NOTICE OF WITHDRAWAL OF OBJECTION BY THE INTERNAL REVENUE SERVICE TO THE JOINT PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND COMMITTEE FOR PALM HARBOR HOMES, INC., AND ITS RELATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The United States, on behalf of its agency the Internal Revenue Service, by and through the undersigned attorneys, withdraws its Objection by the Internal Revenue Service to the Joint Plan of Liquidation Proposed by Debtors and Committee For Palm Harbor Homes, Inc., and its Related Debtors Under Chapter 11 of the Bankruptcy Code ("Objection") (DE 1011) based on representations by Debtors' counsel that the following language will be included in the proposed Confirmation Order in order to address the issues identified in the Objection:

> Notwithstanding any provision to the contrary in the Prepackaged Plan, the Order confirming the Prepackaged Plan, and any implementing Prepackaged Plan documents, nothing shall: (a) affect the ability of the Internal Revenue Service (the "IRS") to pursue any non-Debtors to the extent allowed by non-bankruptcy law for any liabilities that may be related to any federal tax liabilities owed by the Debtors or the Debtors' estates; (b) affect the rights of the IRS to assert valid setoff and recoupment and such rights are expressly preserved; (c) discharge any claim of the IRS described in 11 U.S.C. § 1141(d)(6); or (d) constitute a waiver by the IRS of its right to assert that the Bankruptcy Court lacks jurisdiction over IRS claims and interests or any matter related to such claims and interests. To the extent the IRS Priority Tax Claims (including any penalties, interest or additions to tax entitled to priority under the Bankruptcy Code) are not paid in full in cash on the Effective Date,

the IRS Priority Tax Claims shall accrue interest commencing on the Effective Date at the rate and method set forth in 26 U.S.C. §§ 6621, 6622. IRS administrative expense claims shall be paid in full on the Effective Date, if any, or as soon as any such claims are determined and any IRS administrative expense claims shall accrue interest and penalties as provided by non-bankruptcy law until paid in full.

        Respectfully submitted,

        CHARLES M. OBERLY, III
        United States Attorney

        */s/ Ellen W. Slights*
By:    _____

        Ellen W. Slights
        Assistant United States Attorney

November 15, 2011

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PHH Liquidation Trust, et al., | : | |
| | : | Case No. 10-13850 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 1011 |

## AFFIDAVIT OF SERVICE

I, Marie Steel, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on November 15, 2011 a copy of the UNITED STATES' NOTICE OF WITHDRAWAL OF OBJECTION BY THE INTERNAL REVENUE SERVICE TO THE JOINT PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND COMMITTEE FOR PALM HARBOR HOMES, INC. AND ITS RELATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE was served, as indicated, upon:

Aaron C. Smith, Esq.
David W. Wirt, Esq.
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
via facsimile (312) 896-6460

Christopher A. Ward, Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
via facsimile (302) 252-0921

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
via facsimile (302) 652-4400

Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
via facsimile (302) 573-6497

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jone LLP
780 Third Avenue, 36th Floor
New York, NY 10017
via facsimile (212) 561-7777

/s/ Marie Steel
_____
Marie Steel