# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHH Liquidation Trust, et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: December 5, 2011 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: December 13, 2011 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "**Debtors**") have filed the **Fourth Motion for Entry of an Order Further Extending the Debtors' Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan** (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon so as to be received by the undersigned counsel for the Debtors on or before **December 5, 2011 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Motion are timely filed, served and received, a hearing on the Motion will be held on **December 13, 2011 at 10:00 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 6, 824 Market Street,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHH Liquidation Trust (f/k/a Palm Harbor Homes, Inc.), a Florida corporation (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: Alvarez & Marsal, c/o Palm Harbor Winddown; 2100 Ross Avenue, 21st Floor, Dallas, TX 75201.

Wilmington, Delaware 19801. Only those objections made in writing and timely filed and received in accordance with the procedures set forth herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 16, 2011 | Respectfully submitted,<br><br>LOCKE LORD LLP<br>David W. Wirt (*Admitted Pro Hac Vice*)<br>Aaron C. Smith (*Admitted Pro Hac Vice*)<br>Courtney E. Barr (*Admitted Pro Hac Vice*)<br>111 S. Wacker Drive<br>Chicago, Illinois 60606-4410<br>Telephone: (312) 443-0700<br>Fax: (312) 443-6653<br><br>-and-<br><br>POLSINELLI SHUGHART<br><br>By: */s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Fax: (302) 252-0921<br><br>COUNSEL FOR THE DEBTORS |