# EXHIBIT A

# PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHH Liquidation Trust, et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No.** _____ |

## ORDER FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN

Upon the Debtors' Fourth Motion for Entry of an Order Further Extending the Debtors' Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan (the "Motion");[2] and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the time period during which the Debtors have the exclusive right to file a chapter 11 plan is hereby extended through and including December 16, 2011.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHH Liquidation Trust (f/k/a Palm Harbor Homes, Inc.), a Florida corporation (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: Alvarez & Marsal, c/o Palm Harbor Winddown; 2100 Ross Avenue, 21st Floor, Dallas, TX 75201.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

3. Pursuant to section 1121(d) of the Bankruptcy Code, the time period which the Debtors have the exclusive right to solicit acceptances of a chapter 11 plan is hereby extended through and including December 16, 2011.

4. This Order is without prejudice to the right of the Debtors to file a chapter 11 plan and to solicit acceptances of such a plan prior to December 16, 2011, or to request additional extensions of the Exclusivity Periods pursuant to section 1121(d) of the Bankruptcy Code.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge