UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-13850(CSS) |
| | § | Jointly Administered |
| PHH LIQUIDATION TRUST, et al., | § | |
| | § | Chapter 11 |
| Debtors | § | |

## NOTICE OF WITHDRAWAL OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' LIMITED OBJECTION TO JOINT PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND COMMITTEE FOR PALM HARBOR HOMES, INC. AND ITS RELATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The Texas Comptroller of Public Accounts, appearing through the Texas Attorney General's Office, hereby withdraws its Limited Objection to Joint Plan of Liquidation Proposed by Debtors and Committee for Palm Harbor Homes, Inc. and Its Related Debtors Under Chapter 11 of the Bankruptcy Code (Docket No.1014).

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
JOHN MARK STERN
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4868
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on November 16, 2011, a true copy of the foregoing was served by the method and to the following parties as indicated:

Aaron C. Smith, Esq.
David W. Wirt, Esq.
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
Via ECF

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Via ECF

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Via ECF

Christopher A. Ward, Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Via ECF

Office of the US Trustee Delaware
844 King St. Suite 2207
Wilmington, De 19801
Via ECF

*/s/ John Mark Stern*
JOHN MARK STERN