# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PALM HARBOR HOMES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 10-13850 (CSS)<br>(Jointly Administered)<br><br>Objections Due: December 6, 2011 at 4:00 p.m.<br>Hearing Date: December 13, 2011 at 10:00 a.m. |

## NOTICE OF HEARING ON GENERAL ELECTRIC COMPANY'S MOTION FOR (I) MODIFICATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 TO ALLOW SETOFF OF AMOUNTS OWED PURSUANT TO 11 U.S.C. § 553, (II) TO ALLOW SETOFF OF POST-PETITION AMOUNTS OWED PURSUANT TO APPLICABLE NON-BANKRUPTCY LAW, (III) FOR WAIVER OF THE STAY IMPOSED PURSUANT TO BANKRUPTCY RULE 4001(A)(3), AND (IV) FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that on November 17, 2011 General Electric Company and GE Home & Business Solutions (f/k/a GE Appliances Business Component) (collectively, "GE"), filed a Motion (i) for Modification of the Automatic Stay Pursuant to 11 U.S.C. § 362 to Allow Setoff of Amounts Owed Pursuant to 11 U.S.C. § 553, (ii) to Allow Setoff of Post-Petition Amounts Owed Pursuant to Applicable Non-Bankruptcy Law, (iii) for Waiver of the Stay Imposed Pursuant to Bankruptcy Rule 4001(A)(3), and (iv) for Related Relief (the "Motion")

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, on **December 13, 2011 at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be in writing, filed with the Court, and served upon the

RL1 966698v1 11/17/11

undersigned counsel for GE no later than **December 6, 2011 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if no responses are filed, the Court may enter an order granting the relief requested in the Motion without further notice or a hearing.

Dated: November 17, 2011

FOX ROTHSCHILD LLP

*/s/ John H. Strock*
John H. Strock (No. 4965)
919 N. Market St., Suite 1300
P.O. Box 2323
Wilmington, DE 19899
Telephone: 302.654.7444
Facsimile: 302.656.8920

-and-

Richard M. Meth
75 Eisenhower Parkway
Suite 200
Roseland, NJ 07068
Telephone: 973.992.4800
Facsimile: 973.992.9125

*Counsel to General Electric Corporation and GE Home & Business Solutions*