# Exhibit "A"

2M-01408400



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
  Oem National Account
Project Location:
  National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

We are pleased to offer the following quotation for appliances.  Prices shown are for the term of March 01, 2011 to December 31, 2011 ("Term") if accepted by March 31, 2011.  Attached terms and conditions apply.  For additional models, please call 1-800-523-7277.

Charges for appliance Delivery will be those shown on schedule in effect on date of shipment.  It is the customer's responsibility to specify the type of delivery service desired when placing the order.  Guaranteed 16% VR through 2010.
3% discount, 10th and 25th Prox.  Disposer, surface units, and hoods do not count for unit volume, but dollar rebate will be paid on these products.

The appropriate rebate percentage is applied to the eligible sales dollars base to obtain the rebate.  The eligible sales dollars base is the actual sales billed excluding billing for accessories, parts, delivery charges, and truckload allowances.  Accounts below 1000 units annually will be paid end of year only.

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

Accepted:

_____
Name

_____
Title

_____
Date

For GE:

_____
Name

_____
Title

_____
Date

| Est. Annual Units | Volume Models | Model Description | Invoice Price | Net Price Less 16.00% PPP |
|---|---|---|---|---|
| **Refrigeration** | | | | |
| 3 | GMR04BA | Ref, Compact, 4.3 cu ft, manual defrost | $189 | 159 |
| 1 | GMR06AA | Ref. Compact, 6.0 cu.ft. Blt-in/Freestdg | 254 | 213 |
| 1 | PWR04FA | Wine Chiller, 29 Bottle | 350 | 294 |
| 1 | GTR16BB | Ref 15.7 cu ft,StdWire,Rec Hdl,61 1/4"H | 367 | 308 |
| 1 | GTS16BB | Ref 15.7 cu ft, Std Wire, 61 1/4" H | 367 | 308 |
| 1 | GTH16BB | Ref 15.7 cu ft,StdWire,61 1/4"H,E-Star | 400 | 336 |
| 1 | GTS17JB | Ref 16.6 cu ft, SP Glass, 64 1/4 High | 415 | 349 |
| 1 | GTL17JB | Ref 16.6 cu ft, CleanSteel, 64 1/4 High | 570 | 479 |
| 1 | GTH17BB | Ref 16.6 ,StdWire,64 1/4"H,E-Star | 427 | 359 |
| 1 | GTH18DB | Ref 18.0 cu ft, Deluxe Wire, E-Star | 447 | 375 |
| 1 | GTH18DC | Ref 18.0 cu ft, Deluxe Wire, Ice,E-Star | 477 | 401 |
| 1 | GTS18DB | Ref 18 cu ft, deluxe wire | 405 | 340 |
| 1 | GTS18DC | Ref 18 cu ft, Deluxe Wire, Icemaker | 435 | 365 |
| 1 | GTS18IC | Ref 18.0 cu ft, Glass shelves, Icemaker | 545 | 458 |
| 1 | GTS21KC | Ref 21.0 cu ft,Ice,Glass,Snack pan | 550 | 462 |
| 1 | GTH21KC | Ref 21.0 cu ft,Gloss hndl,Ice, E-Star | 635 | 533 |
| 1 | GTS22KB | Ref 21.7 cu ft, SP Glass,ModularDr | 858 | 721 |
| 1 | GTS22SB | Ref 21.7 cu ft, SS w/black case,SP Glass | 958 | 805 |
| 1 | PTS22SH | Ref 21.7 cu ft,SS/black,IntDsp,Flt,Ice | 905 | 760 |
| 1 | GSC22QG | Ref 22.1 cu ft, SxS, SP Glass, Dispenser | 1,110 | 932 |
| 1 | GSCF3PG | Ref 22.7 cu ft, SxS, Disp, Gloss dr/hndl | 1,145 | 962 |
| 1 | GSCS3PG | Ref 22.7 cu ft, SxS, Disp,SS/Gray case | 1,245 | 1,046 |
| 1 | GSS20IE | Ref 20.0 cu ft SxS, Wire shelves,Disp | 765 | 643 |
| 1 | GSS20GE | Ref SxS 20.0 cu ft, Deluxe Glass | 765 | 643 |
| 1 | GSH22JF | Ref SxS 22.0 cu ft,SP Glass,Disp,E-Star | 950 | 798 |
| 1 | GSH22JS | Ref SxS,22.0 cf,SS/black case , E-Star | 1,060 | 890 |
| 1 | GSL22JF | Ref SxS 22.0 cu ft. CS/black case,E-Star | 1,050 | 882 |
| 1 | GSS23WG | Ref SxS 23.1 cu ft, Ext Controls/Disp | 880 | 739 |
| 1 | GSS23WS | Ref SxS 23.1 cu ft, Disp, SS/Black Case | 1,050 | 882 |
| 1 | GSS25WG | Ref SxS 25.4 cu. ft.,Ext Controls/Disp | 965 | 811 |
| 1 | GSS25WS | Ref SxS 25.4 cu ft,SS/Black Case,Disp | 1,100 | 924 |
| 1 | GSH25JF | Ref SxS 25.0 cu ft,SP,6 Mo Filter,E-Star | 980 | 823 |
| 1 | GSH25JS | Ref SxS,25.0 cf,SS/black case , E-Star | 1,025 | 861 |
| 1 | GSHS5KG | Ref 25.4 cu ft,SxS,Disp,SS/gray,08estar | 1,270 | 1,067 |
| 1 | GSL25JF | Ref SxS,25.0 cf,CS/bl case,hdl, E-Star | 1,100 | 924 |
| 1 | GDSS0KC | Ref 20.2 cu ft,BtmFrz,IM,SS/gray,08Estar | 1,025 | 861 |



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
  Oem National Account
Project Location:
  National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

| Est. Annual Units | Volume Models | Model Description | Invoice Price | Net Price Less 16.00% PPP |
|---|---|---|---|---|
| 1 | PSCF3RG | Ref 23.3 cu ft, SxS,TrimlsDisp,Gloss, CK | 1,550 | 1,302 |
| 1 | PSCS3RG | Ref 23.3 cu ft, SxS,TrimlsDisp, SS/gray | 1,750 | 1,470 |
| 1 | PSIC3RG | Ref 23.3 cu ft,SxS,ExtControls,PanelRqd | 1,350 | 1,134 |
| 1 | PSCS5RG | Ref 24.6 cu ft, SxS,TrimlsDisp,SS/gr,72" | 1,800 | 1,512 |
| 1 | PSCF5RG | Ref 24.6 cu ft, SxS,TrimlsDisp,Gloss,72" | 1,650 | 1,386 |
| 1 | PSHS6MG | Ref 25.6 cu ft,SxS,Disp,SS/Gray,Estar | 1,275 | 1,071 |
| 1 | PSHF6MG | Ref 25.6 cu ft,SxS,Disp,Gloss, E-Star | 1,175 | 987 |
| 1 | PFSF2MI | Ref 22.2 cu ft,French,Ice,IntWtr,E-Star | 1,282 | 1,077 |
| 1 | PFSS2MI | Ref 22.2cu ft,Frch,IM,IntWtr,SS/gr,Estar | 1,414 | 1,188 |
| 1 | PFSS5NF | Ref 25.1 cu ft. French,SS/gray,Ice,Estar | 1,814 | 1,524 |
| **Freezers** | | | | |
| 1 | FUM14S | Upright Freezer, 14.1 cu ft,Man defrost | 360 | 302 |
| **Electric Ranges** | | | | |
| 1 | JXS37 | Radiant Slide-in / Drop-in Backguard | 75 | 75 |
| 1 | JBS03 | Elec Range, Std Clean, Drawer, 2 shelves | 260 | 218 |
| 1 | JBS03B | Elec Range, Std Clean, Drawer,BG Door | 260 | 218 |
| 1 | JBS07 | Elec Range, Std Clean, Window, 2 shelves | 275 | 231 |
| 1 | JBS15 | Elec Range, Front controls,Std Clean | 290 | 244 |
| 1 | JBS27D | Elec Range, StdCln,WG Win,2-8",2-6",Lift | 288 | 242 |
| 1 | JBS27S | Elec Range, 30" SS, Std Clean,,2-6",2-8" | 408 | 343 |
| 1 | JBS55D | Elec Range,Radiant,StdCln, 2-6", 2-8" | 422 | 354 |
| 1 | JBP23D | Elec Range,SelfClean,5.3 cu ft,2-6",2-8" | 335 | 281 |
| 1 | JBP24D | Elec Range, S/C,5.3 cu ft, 2-6",2'8" | 335 | 281 |
| 1 | JBP27D | Elec Range, SelfClean, 2-6",2-8",5.0 cf | 355 | 298 |
| 1 | JBP35D | Elec Range,S/C, 5.3cf. S/C racks,bowls | 405 | 340 |
| 1 | JBP35S | Elec Range, 30" SS, SelfClean racks,5.3 | 535 | 449 |
| 1 | JBP66D | Elec Range, Radiant,5.3 cf, 9/12" dual | 480 | 403 |
| 1 | JBP66M | Elec Range, Radiant,5.3 cf, 9/12" dual | 640 | 538 |
| 1 | JBP66S | Elec Range, SS, Radiant, 5.3,9/12" dual | 680 | 571 |
| 1 | JB640DP | Elec Rng,Radiant, 5.3 cf,12",2-6",1-8" | 455 | 382 |
| 1 | JB640DR | Elec Rng,Radiant, 5.3 cf,9/12",2-6",1-8" | 471 | 396 |
| 1 | JB640MP | Elec Rng,Radiant, 5.3 cf,12",2-6",1-8" | 640 | 538 |
| 1 | JB640MR | Elec Rng,Rdnt,CS, 5.3 cf,9/12",2-6",1-8" | 656 | 551 |
| 1 | JB700D | ElecRange,Radiant,5.3,5th elem,6/9,9/12 | 530 | 445 |
| 1 | JB700S | ElecRng,SS,Radiant,5.3,5th elem,6/9,9/12 | 640 | 538 |
| 1 | JB740D | Elec Rng,Radiant,Convect,5th elem,9/12" | 615 | 517 |
| 1 | JB740S | Elec Rng,Radiant,Convect,5th elem,9/12" | 860 | 722 |
| 1 | JB850S | Elec Rng,Radiant,Dual Cavity,4 elements | 893 | 750 |
| 1 | PB900D | Elec Rng,Radiant, 9/12", 6/9",WarmDrawer | 810 | 680 |
| 1 | PB900S | Elec Rng,Radiant, 9/12", 6/9",WarmDrawer | 930 | 781 |
| 1 | JSP42S | Elec Range,SS,Slide-In,SelfClean,Radiant | 836 | 702 |
| 1 | PS905S | Elec Rng,SS,Slide-in,Radiant,Brdg,5th | 1,070 | 899 |
| 1 | PS905T | Elec Rng,Slide-in,Radiant,Brdg,5th | 950 | 798 |

2M-01408400



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
  Oem National Account
Project Location:
  National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

**Gas Ranges**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | JGBS04BE | Gas Range, Std Clean,Elec Ign, BG Door | 270 | 227 |
| 1 | JGBS04PP | Gas Range, Std Cln,Pilot Ign,9"Bkgrd | 255 | 214 |
| 1 | JGBS07DE | Gas Range, Std Cln,Elec Ign, Porc Win Dr | 308 | 259 |
| 1 | JGBS18DE | Gas Range,Std Cln,Sealed,Small win,clock | 345 | 290 |
| 1 | JGBS23DE | Gas Range, StdCln,Sld burn,12K,5K simmer | 460 | 386 |
| 1 | JGBS23SE | Gas Range, Std Cln,Sld burn, 12K,5K simm | 540 | 454 |
| 1 | JGBP28DE | Gas Range, SelfCln,Sealed burn, 2-12K | 455 | 382 |
| 1 | JGBP28SE | Gas Range, SS,Sld Burn,2-12K burn | 615 | 517 |
| 1 | JGBP33DE | Gas Range, Sld burn, Elec Ign, 13K,TT | 500 | 420 |
| 1 | JGBP33SE | Gas Range, SS,Sld burn, Elec Ign, 13K,TT | 590 | 496 |
| 1 | PGB900DE | Gas Range, CG,1/17K,1/11K,TT,Cont grt | 745 | 626 |
| 1 | PGB900SE | Gas Range, SS,1/17K,1/11K,TT,Cont grt | 870 | 731 |

**Electric Wall Oven**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | JRP20W | Elec Wall Oven, WG Window, New ERC | 425 | 357 |
| 1 | JKS10D | Elec Single Oven,27" Std Clean,HiddenBk | 363 | 305 |
| 1 | JKP30D | Elec Single Oven, 27", S/C,HB,TTemp | 400 | 336 |
| 1 | JKP30S | Elec Single Oven, 27", S/C,HB,TTemp | 575 | 483 |
| 1 | JKP35D | Elec Dbl Oven,27",Upper self/lwr std cln | 725 | 609 |
| 1 | JKP55S | Elec Double Oven, 27", S/C both,HiddenBk | 1,350 | 1,134 |
| 1 | JKP90D | Elec 27" Wall Oven/Micro Combo,S/C | 980 | 823 |
| 1 | JKP90S | Elec Wall Oven, 27" Double Micro/Self Cl | 1,075 | 903 |
| 1 | PK916B | Elec Wall Oven, 27" Single S/C, PA Conv | 675 | 567 |
| 1 | PK916C | Elec Wall Oven, 27" Single S/C, PA Conv | 675 | 567 |
| 1 | PK916W | Elec Wall Oven, 27" Single S/C, PA Conv | 675 | 567 |
| 1 | PK916S | Elec Wall Oven, 27" Single S/C, PA Conve | 800 | 672 |
| 1 | PK956S | Elec Wall Oven, 27", Dbl,SS,  Conv Upper | 1,575 | 1,323 |
| 1 | JTP30S | Elec Single Oven, 30", S/C,HB,TTemp | 602 | 506 |
| 1 | JTP55D | Elec Double Oven, 30", S/C, Hidden Bake | 1,075 | 903 |
| 1 | JTP30D | Elec Single Oven, 30", S/C,HB,TTemp | 441 | 370 |
| 1 | PSB1000 | Advantium, Speedcook WallOv,120V B/I 27" | 865 | 727 |
| 1 | PSB1001 | Advantium SS SpeedcookWalllOv,120VB/I 27 | 1,015 | 853 |

**Gas Wall Oven**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | JGRP20WE | Gas Oven, WG Win, New ERC | 570 | 479 |

**Electric Cooktops**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | JXDC43 | Elec Cooktop Calrod Module - Black | 58 | 58 |
| 1 | JXDL44 | Elec Cooktop 240V Grill Module, Dndraft | 70 | 70 |
| 1 | JXDR50VB | Elec Cktp 240V Ribbon Mod, Black Glass | 195 | 195 |
| 1 | JP328B | Elec Cooktop, BL Porc, 2-8", 2-6" | 130 | 109 |
| 1 | JP328C | Elec Cooktop, Bisque Porc, 2-8", 2-6" | 130 | 109 |
| 1 | JP328W | Elec Cooktop, WH Porc, 2-8", 2-6" | 130 | 109 |
| 1 | JP328S | Elec Cooktop, Stainless, 2-8", 2-6" | 135 | 113 |
| 1 | JP346B | Elec Ribbon Cktop, 12",8", two 6", Black | 330 | 277 |
| 1 | JP346C | Elec Ribbon Cktop, 12", 8", two 6", Bisq | 330 | 277 |
| 1 | JP346W | Elec Ribbon Cktop, 12", 8", two 6", Wh | 330 | 277 |
| 1 | JP346S | Elec Ribbon Cktop, 12", 8", two 6" eleme | 391 | 328 |
| 1 | JP356B | Elec Cooktop, 30" Radiant, 12", 8" PB | 405 | 340 |
| 1 | JP356W | Elec Cooktop, 30" Radiant, 12", 8" PB | 405 | 340 |
| 1 | JP356S | Elec Cooktop, 30" Radiant, 12", 8" PB | 502 | 422 |
| 1 | JP389B | Cooktop, Dual Modular,240V,3 Speed Fan | 395 | 332 |
| 1 | PP989D | RadiantCktp,Downdft,Bridge,6/9",3Spd fan | 780 | 655 |
| 1 | PP989T | RadiantCktp,Downdft,Bridge,6/9",3Spd fan | 780 | 655 |

Page 3 of  8     01-37Q25     12/09/10



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
  Oem National Account
Project Location:
  National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

**Electric Cooktops**
| | | | | |
|---|---|---|---|---|
| 1 | PP989S | RadiantCktp,Downdft,Bridge,6/9",3Spd fan | 850 | 714 |

**Gas Cooktops**
| | | | | |
|---|---|---|---|---|
| 1 | JGP328BE | Gas Cooktop, Deep Porcelain, Cont Grates | 220 | 185 |
| 1 | JGP328WE | Gas Cooktop, Deep Porcelain, Cont Grates | 220 | 185 |
| 1 | JGP328SE | Gas Cooktop, Deep Porcelain, Cont Grates | 325 | 273 |
| 1 | JGP933SE | Gas Cooktop, SS, Cont Cast Grates | 665 | 559 |
| 1 | PGP989D | Gas Cooktop,Downdraft,Sealed,Cont grate | 855 | 718 |
| 1 | PGP989T | Gas Cooktop,Downdraft,Sealed,Cont grate | 855 | 718 |
| 1 | PGP990DE | Gas Downdraft cooktop, Sealed, Modular | 645 | 542 |
| 1 | JXGG90 | Gas grill module: JGP990 | 130 | 130 |
| 1 | JXGL90 | Griddle JGP990 | 70 | 70 |

**Hoods**
| | | | | |
|---|---|---|---|---|
| 1 | JV536 | 30" Hood, Dlx, 4 Way Conv | 145 | 122 |
| 1 | JV636 | 30" Hood, 3 Way Vent, 3 Spd Boost | 225 | 189 |
| 1 | JV936 | 18" Canopy, Twin Halog, 4 Spd, 600 CFM | 546 | 459 |

**Microwaves**
| | | | | |
|---|---|---|---|---|
| 1 | JEB1860D | MWO, 1100W,Sensor, 1.8cf,Opt trim kit | 130 | 109 |
| 1 | JEB1860S | MWO, SS, 1100W,Sensor, 1.8 cu ft | 160 | 134 |
| 1 | JEM25D | MWO, 800W, Spacemaker II,Opt hng/trm kit | 105 | 88 |
| 1 | PEM31D | MWO, 800W, Spacemaker II, Sensor, 1.0 | 130 | 109 |
| 1 | PEM31S | MWO, 800W, SS,Spacemaker II,Sensor, 1.0 | 140 | 118 |
| 1 | PEB1590D | MWO, 1000W, Convection, Opt Trim Kit | 335 | 281 |
| 1 | PEB1590S | MWO, SS,1000W, Convect, Opt Trim Kit | 365 | 307 |
| 1 | PEB2060D | MWO, 1200W,Sensor,Opt Trim Kit, 2.0cf | 135 | 113 |
| 1 | PEB2060S | MWO, SS,1200W,Sensor,Opt Trim Kit, 2.0cf | 165 | 139 |
| 1 | JVM1540L | MWO OTR 1.5 cu ft, 950W,Rack | 215 | 181 |
| 1 | JVM1540S | MWO OTR 1.5 cu ft, 950WConv 4 Pads | 189 | 159 |
| 1 | JVM1730D | MWO OTR, 1.7 cu ft. 1000W,Conv 3 Pads | 208 | 175 |
| 1 | JVM1740S | MWO OTR, 1.7 cu ft, SS,1000W,Conv 5 Pads | 255 | 214 |
| 1 | JVM1750D | MWO OTR, 1.7 cu ft,1000W,Sensor | 255 | 214 |
| 1 | JVM1750S | MWO OTR, SS, 1.7 cu ft,1000W,Sensor | 290 | 244 |
| 1 | JVM1850S | MWO OTR 1.8 cu ft. 1100W,Sensor | 350 | 294 |
| 1 | JNM1731D | MWO OTR, 1.7 cu ft., Non-vnt, 1000W | 235 | 197 |
| 1 | PVM1870S | MWO, OTR, SS,1100W, Sensor,2 Racks | 555 | 466 |
| 1 | PVM2070S | MWO, OTR, SS,1100W, Sensor,2 racks, LCD, | 500 | 420 |
| 1 | JX2027DM | 27" Built-In Kit- JEB1860DM/PEB2060DM | 85 | 85 |
| 1 | JX2027SM | 27" Built-In Kit- JEB1860SM/PEB2060SM | 85 | 85 |
| 1 | JX2030SM | 30" Built-In Kit- JEB1860SM/PEB2060SM | 158 | 158 |
| 1 | JX2127SH | 27" Built-in Kit for Monogram ZE2160S | 85 | 85 |
| 1 | JX827DM | 27" Built-In Kit JEM25D/PEM31D/ZEM200 | 60 | 60 |
| 1 | JX827SM | 27" Built-in Kit   PEM31SM/ZEM200S | 70 | 70 |
| 1 | JX81A | Recirc Filter Kit,  Spacemakers | 6 | 6 |
| 1 | JX81D | Recirc Filter Kit-OTR 1790K/1640J/1630J | 6 | 6 |
| 1 | JX81J | Recirc Filter Kit- OTR RVM1535/P MODELS | 6 | 6 |
| 1 | JXA019 | Undercabinet Mounting Kit for Microwave | 9 | 9 |



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
  Oem National Account
Project Location:
  National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

**Dishwashers**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | GPF825B | Black 1/4" Panel Trim Kit for PDW8500J | 41 | 41 |
| 1 | GPF825W | White 1/4" Panel Trim Kit for PDW8500J | 41 | 41 |
| 1 | GSM2200 | Dishwsher, Undersink,5 cyc,2 opt,E-Star | 395 | 332 |
| 1 | GLDA690 | Dishwasher,4 cycle, 6 level, ADA, E-Star | 405 | 340 |
| 1 | GLDA696 | Dishwasher,4 cycle, 6 level, ADA, E-Star | 435 | 365 |
| 1 | GSM1800 | Dishwasher,Compact 18",SS Int,7cyc,Estar | 215 | 181 |
| 1 | GSD2100 | Dishwasher, 5 Cyc, 2 Opt,Dial,E-Star | 198 | 166 |
| 1 | GSD2300 | Dishwasher, 5 Cyc,2 Opt,Pot&Pan,E-Star | 200 | 168 |
| 1 | GSD3300 | Dishwasher,5 Cyc,3 Opt,Hi-TempWash,Estar | 220 | 185 |
| 1 | GLD4500 | Dishwasher, 4 Cyc,6 Lvl,Tall Tub,EStar | 260 | 218 |
| 1 | GLD4550 | Dishwasher,CS, 4Cyc,6 Lvl,Tall Tub,EStar | 280 | 235 |
| 1 | GLD4560 | Dishwasher, SS,4 Cyc,6 Lvl,EStar | 280 | 235 |
| 1 | GLD5600 | Dishwasher,5 cyc,6 Lvl,Tall Tub,EStar | 300 | 252 |
| 1 | GLD5660 | Dishwasher,SS,5cyc,6Lvl,TallTub,EStar | 340 | 286 |
| 1 | GLD6904 | Dishwasher, 4 cyc,Steam,Ajd Rack,EStar | 340 | 286 |
| 1 | GLD6964 | Dishwasher,SS,4 cyc,Steam,AjdRack,EStar | 370 | 311 |
| 1 | PDWT480 | Dishwasher,TopCntrl,5cy,5opt,Steam,Estar | 749 | 629 |
| 1 | PDWF600 | Dishwasher,SS Int, SmtDisp w/Stm,Estar | 605 | 508 |

**Disposer**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | GFC320 | Disposer, 1/3 HP, Economy, Direct Wire | 32 | 27 |
| 1 | GFC520 | Disposer, 1/2 HP, Direct Wire | 38 | 32 |

**Laundry**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | WSM2700 | Unitized Washer/Elec Dryer, 27" | 725 | 609 |
| 1 | WCSR2090 | Washer, Super, 2 Spd, 9 Cycle, 3 Wtr, 3 | 300 | 252 |
| 1 | WCSR4170 | Washer, Super, 4 Spd, 17 Cyc, 4 Lvl | 330 | 277 |
| 1 | WCRE6270 | Washer,,5 spd, 31 Cyc, 6Temp,E-Star | 421 | 354 |
| 1 | WCVH6800 | Washer,FrtLd,4.0cu ft,Htr, E-Star | 701 | 589 |
| 1 | GFWN1100 | Washer, Frt Load, 4.0, 10 cyc, E-Star | 700 | 588 |
| 1 | DBXR463E | Elec Dryer, X-Lg 6.0, 4 Ht, 6 Cyc, Light | 230 | 193 |
| 1 | DBXR463G | Gas Dryer, X-Lg 6.0, 4 Ht, 6 Cy,Light | 295 | 248 |
| 1 | DWXR483E | Elec Dryer, 4 Ht, 8 Cyc, 6.0 X-Lg | 295 | 248 |
| 1 | DWXR483G | Gas Dryer, 4 Ht, 8 Cyc, 6.0 X-Large | 340 | 286 |
| 1 | DRSR483E | Electric Dryer, SS Int, 4 Ht, 8 Cyc,7.0 | 295 | 248 |
| 1 | DRSR483G | Gas Dryer, SS Int, 4 Ht, 8 Cyc,7.0 Super | 325 | 273 |
| 1 | DCVH680E | Elec Dryer, 7.0, 5 Ht,Multi Cyc,Sensor | 474 | 398 |
| 1 | DCVH680G | Gas Dryer, 7.0, 5 Ht,Multi Cyc,Sensor | 519 | 436 |
| 1 | GFDN110E | Elec Dryer, Super, 7.0 cu ft, 10 cycles | 472 | 396 |
| 1 | GFDN110G | Gas Dryer, Super, 7.0 cu ft, 10 cycles | 519 | 436 |

**Water**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | PNRQ20 | Rev. Osmosis Filtr. Syst, 15 Gallon Cap. | 245 | 206 |
| 1 | GNWH38 | High Flow Heavy Duty Filter | 58 | 49 |
| 1 | GXSH39 | Water Softening, 39,000 Grain Capacity | 549 | 461 |
| 1 | GEH50DNSR | GEOSPRING ELECTRIC/HEAT PUMP WTR HEATER | 1,250 | 1,050 |

**A/C**

| Qty | Model | Description | List | Net |
|---|---|---|---|---|
| 1 | RAK164D1 | Digital Wall T-Stat Cool/Heat 2900/4100 | 38 | 38 |
| 1 | RAK164P1 | Prgrmble Wall T-Stat Cool/Heat 2900/4100 | 50 | 50 |



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
   Oem National Account
Project Location:
   National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

**SS Special**

| | | | | |
|---|---|---|---|---|
| 1 | GFSS2HC | Ref,22.9 BtmMnt,Glass,IM,SS/gray,Estar | 1,075 | 903 |
| 1 | GSH25JS | Ref SxS,25.0 cf,SS/black case , E-Star | 1,025 | 861 |
| 1 | JB620S | Elec Rng, SS, Radiant, 5.3 cf, 2-6",2-8" | 470 | 395 |
| 1 | GLD3866 | Dishwasher, 2 cyc, SS, Tall Tub, E-star | 295 | 248 |
| 1 | JVM1540S | MWO OTR 1.5 cu ft, 950WConv 4 Pads | 189 | 159 |

**Options**

| | | | | |
|---|---|---|---|---|
| | GSH22JG | Ref SxS 22.0 cu ft,SP Glass,Disp,E-Star | 950 | 798 |
| | GSH25JG | Ref SxS 25.0 cu ft,SP Glass,Disp,E-Star | 980 | 823 |
| | GSL22JG | Ref SxS 22.0 cu ft. CS/black case,E-Star | 1,050 | 882 |
| | GSL25JG | Ref SxS 25.0 cu ft. CS/black case,E-Star | 1,100 | 924 |
| | JB650D | Elec Range,Radiant,5.3  cu ft,Hidden Bk | 530 | 445 |
| | JB650S | Elec Range,Radiant,5.3  cu ft,Hidden, SS | 640 | 538 |
| | JB705D | Elec Rng,Radiant,5.3cu ft,Convect,9/12 | 615 | 517 |
| | JB705S | Elec Rng,Radiant,5.3cu ft,Convect,9/12 | 860 | 722 |
| | JBP28D | Elec Range, SelfClean, 2-6",2-8",5.3 cf | 355 | 298 |
| | JTP31S | Elec Wall Oven, 30" Single Slf Cln, SS | 602 | 506 |
| | PK916D | Elec Wall Oven, 27" Single S/C | 675 | 567 |
| | GTUP270E | Unitized Washer/Elec Dryer, 27" | 725 | 609 |
| | GCWN3000 | Washer, 3.7 cu ft, 2 Wsh/Spn, Hoses Incl | 330 | 277 |
| | GCWN5050 | Washer, 4.3 cu ft, E-Star, Hoses Incl | 421 | 354 |
| | GCWP1000 | Washer,3.4 cu ft,2 Spd, 9 Cyc,Hoses Incl | 300 | 252 |
| | GCWP1005 | Washer,3.4 cu ft,2 Spd, 9 Cyc,Hoses Incl | 300 | 252 |
| | GTDP400E | Elect Dryer, 7.0 cu ft, 4 Heat, Sensor | 295 | 248 |
| | GTDX200E | Electric Dryer, 6.0 cu ft, 4 Heat Settin | 230 | 193 |
| | GTDX205E | Electric Dryer, 6.0 cu ft, 4 Heat Settin | 230 | 193 |
| | GTDX300E | Elec Dryer, 6.0 cu ft, 4 Heat ,Multi Cyc | 230 | 193 |
| | GTDP400G | Gas Dryer, 7.0 cu ft, 4 Heat, Sensor | 325 | 273 |
| | GTDX200G | Gas Dryer, 6.0 cu ft, 4 Heat Settings, 5 | 295 | 248 |
| | GTDX205G | Gas Dryer, 6.0 cu ft, 4 Heat Settings, 5 | 295 | 248 |
| | GTDX300G | Gas Dryer, 6.0 cu ft, 4 Heat ,Multi Cyc | 295 | 248 |

*GE(R) Energy Star(R) qualified products listed on this quote meet the current requirements set forth by the Environmental Protection Agency (EPA) and the Department of Energy (DOE) as of the quote effective date.  Energy Star standards are subject to change at any time by the EPA and DOE.  To the extent that a change in Energy Star standards impacts the Energy Star status of Energy Star products in this quote, GE and Customer will renegotiate such products and/or price.*

*DAMAGE TO BUYER'S PROPERTY REPORTING REQUIREMENT: Damage to Buyer's property as a result of appliance delivery that is visible at the time of must be identified within three (3) business days from the date of delivery. Claim must be made within thirty (30) days from the date of delivery for property damage not visible at the time of delivery. Failure to comply may result in the claim being denied.To make a claim, Customer must fill out property damage claim form supplied by the GE Sales Manager.  In order to report a claim call the GE Hotline number 1-877-88-BUILD (1-877-882-8453) or fax completed form to 978-236-5467 or e-mail to sdsclaims@electricinsurance.com.  Buyer shall supply estimate for damage repair, if requested. Buyer shall provide the Delivery Agent the opportunity to inspect the damage prior to repair.*

*GE refrigerators comply with all applicable regulatory requirements regarding energy efficiency and federal environmental regulations.  Specifically, refrigerator models beginning with the letters H, G and P manufactured after 1/1/03 will be in compliance with EPA regulations regarding the elimination of ozone-depleting substances.*



*GE Appliances and Lighting*
*Appliance Contract Sales*

**National Account**

*Appliance Park*
*AP4-105*
*Louisville, KY 40225*

March 01, 2011

Palm Harbor Homes Dip
15303 Dallas Parkway
Suite 800
Addison, TX 75001

Customer Phone: (972) 991-2422
Customer Fax: (972) 991-4226
Project Name:
  Oem National Account
Project Location:
  National 75248
Project Living Units: 1
Consol Code#: 776026
**Project Acct. No.: 01-37Q25**

Area Sales Manager
(800) 942-4223
Keith Ledet

**To place an order:**
**(800) 654-4988**

To Fax an order:
(800) 618-7485

For appliance service:
(800) GE-CARES
(800) 432-2737

For parts ordering:
(800) 851-6200

GE Answer Center®
(800) 626-2000

# Quotation

**Prepared For Palm Harbor Homes Dip**
By Keith Ledet
GE Area Sales Manager, (800) 942-4223

*GE RETURNS POLICY: All current line merchandise in original, unopened cartons, in good order will incur a $55.00 per unit restocking charge except hoods, disposers and accessories which will incur $15.00 per unit. Uncrated or damaged returns will incur a restocking charge of 25% of the unit price. Customer is responsible for freight on returns. Units shipped in error by GE or delivered damaged may be returned without restocking or freight charges WITHIN 30 DAYS of the original invoice. Products older than 90 days may not be returned to GE.*

*Free Standing and/or Slide-in Ranges included are shipped with Anti-Tip devices enclosed in the carton. Drop-in Ranges are supplied with lag screws. Installation of these devices provides a safety enhancement and is Required. If not shown above, installation can be arranged at additional cost in areas where uncrated delivery is available.*

*Effective January 1, 1996, the National Electric Code requires that new construction (including remodeling) utilize 4-conductor power connections (power cord or hard wired) to 120/240 or 120/208 volt electric ranges, wall-mounted ovens, counter-mounted cooking units, and clothes dryers. Local codes prevail, please verify requirements with your electrical inspector.*

*Note: Specifications contained in the Dryer Instructions, included with the product, may vary from some local code requirements. It is the responsibility of the Builder/Architect or Customer to assure compliance to local codes.*

*This quotation contains an ADA qualified dishwasher that GE has determined can be installed to meet ADA countertop height guidelines. This dishwasher has been quoted at your request to meet the needs of your ADA accessible units for GLDA690M/GLDA696M and GSM1800/GSM1860 only.*

*Note: GE Water Filtration products for Drinking water - Do not use with water that is microbiologically unsafe or of unknown quality without adequate disinfection before or after the system. Systems certified for cyst reduction may be used on disinfected waters that may contain filterable cysts.*

*Note: GE Reverse Osmosis Water Filtration Systems - If a GE RO system is installed in a Hard Water area with 10 grains of hardness or greater, it is recommended to install a GE Water softener prior to the RO system. Per the installation instructions packed with the product.*

**GE APPLIANCES - A Division of General Electric Company**
**STANDARD TERMS AND CONDITIONS OF SALE**

**Acceptance of this order is expressly conditioned upon the terms and conditions contained herein, including those appearing on the preceding pages hereof, unless subject to a separate written sales agreement signed by both parties.**

**1. PRICES AND PAYMENT TERMS:** - Prices do not include any present or future sales, use, excise, value-added or similar taxes and, where applicable, such taxes shall be billed as a separate item and paid by the Buyer. GE reserves the right to change prices during the Term with prior notice. - All sales are made f.o.b. point of shipment and title in merchandise described upon the preceding pages hereof is transferred to the Buyer. Buyer hereby grants to GE a security interest in all of the merchandise delivered hereunder, or the proceeds derived from the sale thereof, to secure the performance or payment of the obligations of the Buyer hereunder. Buyer shall keep and maintain the merchandise in good order and be responsible to GE for loss or damage by any cause and shall pay taxes and assessments levied against the same. In the event of Buyer's default in the payment of the goods, GE may retake the goods or may take advantage of any other remedies available to a secured party under the Uniform Commercial Code of the State in which delivery is made. In such event, Buyer agrees that all sums previously paid hereunder shall be retained by GE as reasonable compensation for the use of said personal property and further agrees to reimburse GE for all expenses, including reasonable attorney fees incurred by GE in collection of damages from Buyer. - Unless otherwise specified on the preceding pages hereof, extra labor or mechanical facilities required to unload shall be provided by Buyer without cost to GE. - Terms of Payment: Net 10th Prox subject to credit approval unless otherwise specified on the preceding pages hereof. If, in the judgment of GE, Buyer's financial condition does not justify the terms of payment specified, GE reserves the right to require payment before shipment or delivery. - Every delivery shall be considered for billing purposes a separate and independent transaction and payment therefore shall be made accordingly. In the event that Buyer fails to make payment for merchandise made hereunder, in accordance with the terms hereof, GE in its absolute discretion shall have the right to refuse to make any further deliveries of merchandise pursuant to this agreement. - GE may deduct, withhold or setoff any amounts that GE owes to Buyer ("GE Indebtedness") against any or all current and future indebtedness that Buyer owes to GE ("Buyer Indebtedness"), whether such GE Indebtedness is in dispute or not, and whether or not such GE Indebtedness arises out of this order, agreement or any other transaction between GE and Buyer. Buyer shall not, under any circumstances, deduct, withhold or setoff the amount of any Buyer Indebtedness owing by Buyer to GE against any or all current and future GE Indebtedness owing by GE to Buyer. - Buyer hereby grants to the GE a Purchase Money Security Interest. GE shall have a purchase money security interest in products furnished by GE in the amount of their invoiced prices which shall be satisfied by payment in full to GE. In order to perfect GE's security interest, GE may file a financing statement with appropriate authorities which the Buyer shall sign upon request. In addition, GE is hereby appointed an agent of Buyer to sign financing statements on Buyer's behalf for the purpose of filing such financing statements with appropriate state and/or local authorities in order to perfect GE's security interest.**2. DELIVERY:** - GE shall deliver the merchandise in accordance with the delivery schedule agreed to by the parties to this contract but, GE shall not be liable for delays in delivery if occasioned by accidents or disruptions, including but not limited to, fires, explosions, breakdowns of essential machinery or equipment and power shortages, transportation or storage delays, labor difficulties, or failure or delay in its usual source of supply. In addition to such causes, GE shall in no event be liable for delays caused by factors beyond its reasonable control. In the event of any such delay, the date of delivery or performance shall be extended for a period equal to the time lost by reason of the delay. GE reserves the right to allocate, in its business judgment, merchandise for its own use among customers, including customers not then under contract. - In the event that any merchandise called for in a purchase order becomes discontinued by the manufacturer, or otherwise unavailable, GE may in its discretion and without liability to Buyer, substitute an available comparable model or merchandise therefor. However, Buyer may at any time within ten (10) days after being notified of such substitution cancel so much of any purchase order as relates to such discontinued or unavailable merchandise.**3. WARRANTY:** - Other than the implied warranty of title, NO ORAL, STATUTORY, OR IMPLIED WARRANTY, INCLUDING SPECIFICALLY THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SHALL APPLY. GE's obligation in respect of said merchandise shall be limited to GE's printed warranty. Selection, application and installation are responsibilities of Buyer, not of GE.**4. LIMITATION OF LIABILITY :** - GE's liability on any claim for loss or damage arising out of this contract or from the performance or breach thereof or connected with the supplying of any goods hereunder, or their sale, operation or use, whether based on contract, warranty, tort (including negligence), strict liability, or other grounds, shall not exceed the price allowable for such goods or part thereof involved in the claim. - GE shall not in any event be liable, whether as a result of breach of contract, warranty, tort (including negligence), strict liability or other grounds, for special, penal, consequential or incidental damages including, but not limited to loss of profits or revenue, loss of use of the product or any associated product, cost of capital, cost of substitute products, facilities or services, or claims of customers of the Buyer for such damages.**5. INSPECTION:** - Except as otherwise provided in GE's printed warranty, it shall be Buyer's responsibility to promptly examine and inspect merchandise delivered and to notify GE in writing within ten (10) days of delivery of any complaint that relates to such merchandise, including shortage. Failure to notify GE shall constitute a waiver of the condition objectionable to the Buyer.**6. INSTALLATION:** - In the event that by written agreement GE will provide installation or other services, Buyer agrees to prepare the premises to permit the locating or placing of merchandise without obstacles or hindrances of any kind. Further, should any written agreement provide for installation or hook-up or connection of said merchandise, Buyer agrees that GE is not obligated to furnish any material to complete such installation, hook-up or connection except that included with the merchandise in accord with GE specifications or the express provisions of this agreement. In the event regulations, actions or disputes of labor unions interfere with delivery or installation beyond the point of tailgate delivery at the designated project location, such tailgate delivery shall, without further obligation to GE, constitute delivery and installation.**7. BUYER'S REPRESENTATION:** - Buyer represents to GE that the merchandise supplied hereunder shall not be sold to any customer located outside the contiguous forty-eight (48) United States unless specifically authorized to do otherwise in writing by GE. In selling the merchandise hereunder to Buyer at the special prices quoted herein, GE is acting in reliance upon Buyer's representation that said merchandise will be resold to the contract customer(s) and/or installed in the building project(s) shown on the preceding pages hereof. Buyer agrees that if, contrary to this representation, the merchandise is not resold to the contract customers and/or installed in the building project(s) shown on the preceding pages hereof, Buyer will inform GE of that fact and GE may, at its option, terminate this agreement with no further liability on GE's part. Further, if Buyer resells said merchandise as a seperate item, Buyer agrees to maintain complete records of such merchandise, including model number, date of sale and name and address of the customer, and to permit GE to review such records at a time scheduled with Buyer during normal business hours. Should Buyer fail to maintain such records or to permit the review as provided herein, GE may, at its option, terminate this agreement with no further liability on GE's part.**8. GENERAL:** - Buyer agrees to give GE prompt and full cooperation in response to GE's request for action on matters reasonably identified as relating to consumer product safety issues. - No assignment of this agreement nor any rights thereunder by the Buyer shall be valid without GE's express written consent. - The terms and conditions set forth upon this and the preceding pages hereof constitute the entire and only agreement between the parties with regard to the subject matter hereof, and any representation, promise or condition, (whether set forth in printed forms utilized by the Buyer or otherwise) which is not fully set forth herein or expressly incorporated herein by reference shall not be binding on either party. No alteration or modification of the foregoing conditions shall be valid or binding upon GE unless made in writing and signed on behalf of GE by one of its authorized representatives. If Purchaser is procuring Products or Services on behalf of the US Government, Purchaser agrees that all Products and Services provided by Seller meet the definition of a commercial-off-the-shelf (COTS) or commercial item as those terms are defined in FAR 2.101. Purchaser agrees the subparagraph terms of FAR 52.212-5(e) or 52.244-6 (whichever is applicable) apply only to the extent applicable to COTS or commercial items and only as appropriate for the dollar value of this order. The version of the clauses shall be those that are in effect as of the Effective Date of this Agreement or Purchase Order, as applicable. With regard to any terms related to Buy American Act or Trade Agreements that may be applicable to this Agreement, the country of origin of Products is unknown unless otherwise specifically stated by GE.Purchaser agrees any Services offered by Seller are exempt from the Service Contract Act of 1965 (FAR 52.222-41).Purchaser agrees this Agreement is not funded, in whole or part, by American Recovery Reinvestment Act funds unless otherwise set forth in the Agreement.