# Exhibit "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al., | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF JOHN ELKINS

| | |
|---|---|
| **STATE OF KENTUCKY** ) | |
| ) SS: | |
| **COUNTY OF JEFFERSON** ) | |

    **BEFORE ME**, the undersigned authority, personally appeared John Elkins, by me well known, who being duly sworn, deposes and states as follows:

    1.    Affiant is the Risk Manager—Finance of General Electric Company, GE Home & Business Solutions (f/k/a GE Appliances) (hereinafter "GE") and as such is duly authorized to make and give this Affidavit.

    2.    Affiant has personal knowledge of the facts asserted in this Affidavit.

    3.    GE entered into an agreement with Palm Harbor Homes, Inc. and all related entities for specific pricing terms for appliances purchased from GE from 1/15/10 through 12/31/2013. The agreement called for pricing to remain the same as 2009 levels through 12/31/10, with a 5% price increase on all appliances purchased in 2011, and a 2.5% price increase on all appliances purchased in 2012. Palm Harbor Homes, Inc. was unable to absorb the

5% price increase for 2011 and GE agreed to reduce the price increase to 2% and also reduce Palm Harbor Homes Inc.'s volume rebate percentage from 16% to 14% for 2011.

4. GE has been unable to locate copies of the signed agreements. Attached is a copy of a form agreement setting forth the volume rebate terms and pricing terms.

5. The amount of pre-petition volume rebates total $142,762.95.

6. The amount of post-petition volume rebates total $103,867.00.

7. Volume rebates are calculated on a semi-annual basis.

8. The agreement provides in Paragraph 1 on Page 8 of the attached form agreement that GE may deduct, withhold or setoff any amounts that GE owes to Buyer against any or all current and future indebtedness that Buyer owes to GE.

9. The agreements shall be construed in accordance with the laws of the State of New York.

**FURTHER AFFIANT SAYETH NOT.**

_____
John Elkins

The foregoing instrument was acknowledged before me this ____ day of November, 2011, by John Elkins, who is personally known to me.

_____
Notary Public

Notary Public, State at Large, KY
My commission expires Nov. 12, 2012