# Exhibit "C"

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PALM HARBOR HOMES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 10-13850 (CSS)<br>(Jointly Administered)<br><br>Ref. No.: ____ |

**ORDER GRANTING GENERAL ELECTRIC COMPANY'S
MOTION (I) FOR MODIFICATION OF THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362 TO ALLOW SETOFF OF AMOUNTS
OWED PURSUANT TO 11 U.S.C. § 553, (II) TO ALLOW SETOFF OF
POST-PETITION AMOUNTS OWED PURSUANT TO APPLICABLE NON-
BANKRUPTCY LAW, (III) FOR WAIVER OF THE STAY IMPOSED PURSUANT
TO BANKRUPTCY RULE 4001(A)(3), AND (IV) FOR RELATED RELIEF**

Upon General Electric Company's Motion (i) for Modification of the Automatic Stay Pursuant to 11 U.S.C. § 362 to Allow Setoff of Amounts Owed Pursuant to 11 U.S.C. § 553, (ii) to Allow Setoff of Post-Petition Amounts Owed Pursuant to Applicable Non-Bankruptcy Law, (iii) for Waiver of the Stay Imposed Pursuant to Bankruptcy Rule 4001(A)(3), and (iv) for Related Relief (the "<u>Motion</u>")[1], as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the relief requested in the Motion is hereby granted in its entirety; and it is further

ORDERED that the Automatic Stay is hereby modified pursuant to Bankruptcy Code section 362(d) to the extent necessary to allow GE to set off the amount of all Rebates earned pre-petition against its unsecured claims against Debtor Palm Harbor, Inc.; and it is further

ORDERED that the Automatic Stay is hereby further modified pursuant to Bankruptcy Code section 362(d), to the extent necessary, to allow GE to set off the amount of all Rebates earned post-petition against any and all post-petition amounts due pursuant to the Agreement between GE and the Debtors; and it is further

ORDERED that the stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply and this Order shall be effective immediately upon entry; and it is further

ORDERED that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge